| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>F-Squared Investment Management, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>30-0639247 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br><br>Wellesley Office Park<br>80 William Street Suite 400<br>Wellesley, MA  02481<br><br>ZIP CODE 02481 | Street Address of Joint Debtor (No. & Street, City, State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Norfolk County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check **one** box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>F-Squared Investment Management, LLC |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>See attached Schedule 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐     Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a debtor in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1))

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | F-Squared Investment Management, LLC |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X */s/ Russell C. Silberglied*
  Signature of Attorney for Debtor(s)
  Russell C. Silberglied (DE 3462)
  Printed Name of Attorney for Debtor(s)
  Richards, Layton & Finger, P.A.
  Firm Name

One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Address
(302) 651-7700
Telephone Number
July 8, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Laura Dagan*
  Signature of Authorized Individual
  Laura Dagan
  Printed Name of Authorized Individual
  President and Chief Executive Officer
  Title of Authorized Individual
  July 8, 2015
  Date

<u>Schedule 1</u>

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Date Filed | District |
|---|---|---|
| F-Squared Investment Management, LLC | July 8, 2015 | Delaware |
| F-Squared Institutional Advisors, LLC | July 8, 2015 | Delaware |
| F-Squared Retirement Solutions, LLC | July 8, 2015 | Delaware |
| F-Squared Alternative Investments, LLC | July 8, 2015 | Delaware |
| F-Squared Investments, Inc. | July 8, 2015 | Delaware |
| F-Squared Solutions, LLC | July 8, 2015 | Delaware |
| F-Squared Capital, LLC | July 8, 2015 | Delaware |
| AlphaSector LLS GP 1, LLC | July 8, 2015 | Delaware |
| Active Index Solutions, LLC | July 8, 2015 | Delaware |

## WRITTEN CONSENT OF THE MANAGEMENT
## BOARD OF F-SQUARED INVESTMENT MANAGEMENT, LLC

On July 8, 2015, the undersigned, being all of the managers (the "**Managers**") of the management board (the "**Management Board**") of F-Squared Investment Management, LLC, a Delaware limited liability company (the "**Company**"), acting in accordance with Section 18-302 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. and the limited liability company agreement of the Company, hereby consent to the following actions and adopt the following resolutions in lieu of a meeting of the Managers of the Management Board of the Company (this "**Consent**"):

**RESOLVED**:    That for purposes of this Consent and the resolutions contained herein, the term "**Authorized Officer**" shall mean David N. Phelps, the chief restructuring officer of the Company, Laura Dagan, the president and chief executive officer of the Company, and Deborah Deskavich, the chief operating officer of the Company.

**RESOLVED**:    That the Company shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "**Petition**") for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing.

**RESOLVED**:    That each Authorized Officer shall be, and hereby is, authorized and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modification to the Petition or ancillary documents as such Authorized Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Authorized Officer); (b) execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as such Authorized Officer may approve.

**RESOLVED**:    That each Authorized Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Company: (a) Richards, Layton & Finger, P.A., as bankruptcy counsel to the Company;

(b) Gennari Aronson, LLP, as special corporate counsel to the Company, (c) Grail Advisory Partners LLC (d/b/a PL Advisors) and Managed Account Services, LLC, as financial advisors and investment bankers to the Company, (d) Stillwater Advisory Group LLC to provide crises management and restructuring services; and (e) such additional professionals, including attorneys, accountants, consultants, or brokers, in each case as in such Authorized Officer's judgment may be necessary or desirable in connection with the Company's chapter 11 case and other related matters, on such terms as such Authorized Officer shall approve.

**RESOLVED**:     That (a) the Company shall be and is authorized to enter into, deliver, and perform, and any Authorized Officer on behalf of the Company is hereby authorized to execute and deliver, that certain Asset Purchase Agreement (the "**Asset Purchase Agreement**") dated on or about July 3, 2015, by and between the Company, F-Squared Institutional Advisors, LLC, F-Squared Alternative Investments, LLC, F-Squared Investments, Inc., F-Squared Retirement Solutions, LLC, F-Squared Solutions, LLC, F-Squared Capital, LLC, AlphaSector LLS GP 1, LLC, Active Index Solutions, LLC, and Broadmeadow Capital, LLC (the "**Purchaser**"), in substantially the form presented to and reviewed by the Management Board and attached hereto as Exhibit A, pursuant to which the Purchaser will purchase the Purchased Assets (as defined in the Asset Purchase Agreement) and assume the Assumed Liabilities (as defined in the Asset Purchase Agreement), with such modifications and supplements as may be approved by the Authorized Officers (which approval shall be conclusively evidenced by such person's execution and delivery thereof) and (b) the Management Board approves in all respects the form, terms, and provision of the Asset Purchase Agreement and the transactions contemplated thereby, and all ancillary documents related thereto, pursuant to sections 105, 363, and 365 of the Bankruptcy Code.

**RESOLVED**:     That in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is authorized, directed, and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents, including sole member consents for each of its wholly-owned subsidiaries, containing resolutions consistent with the resolutions set forth herein; and other documents, including any amendments to the LLC agreements of such subsidiaries, and to pay all expenses,

including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**:      That all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

This Consent may be executed in one or more counterparts and may be delivered via facsimile or Portable Document Format (PDF), each of which shall be deemed an original and all of which taken together shall constitute one and the same consent.

[Signature page follows]

3

IN WITNESS WHEREOF, the undersigned have caused this Consent to be executed as of the date first written above.

Laura Dagan

Thomas Mann

Stephen J. Ricci

<u>Exhibit A</u>

Asset Purchase Agreement

(attached as an exhibit to the Sale Motion)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| F-Squared Investment Management, LLC, | )    Case No. 15-_____ (_____) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. 30-0639247 | ) |
| | ) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned debtor and certain of its debtor affiliates (collectively, the "**Debtors**"), all of which have commenced chapter 11 cases in this Court.  The list has been prepared from the unaudited books and records of the Debtors.  The list is prepared on a consolidated basis in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases.  The list does not include (i) persons that come within the definition of "insider" set forth in section 101(31) of title 11 of the United States Code or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.  The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.  The failure to list a claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| | Name of creditor and complete mailing address | To the extent known, name, telephone and facsimile number, email address, and complete mailing address of employee, agent, or department familiar with claim | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, value of security) |
|---|---|---|---|---|---|
| 1 | Howard Present 46 Sagamore Road Wellesley, MA 02481 | Howard Present hp@howardpresent.com (617) 610-5570 | Contract | Contingent, Unliquidated and Disputed | $1,968,971.11 |
| 2 | Stradley Ronon Stevens & Young, LLP 2600 One Commerce Square Philadelphia, PA 19103-7098 | Michael Mundt mmundt@stradley.com Phone:  (202) 419-8403 Phone:  (571) 302-6065 | Contract | Disputed | $491,138.00 |

| 3 | Advent Software, Inc.<br>600 Townsend Street<br>San Francisco, CA 94103 | Leah Rowell<br>leah.rowell@advent.com<br>Phone: (415) 645-1222<br>Fax: (415) 241-4098 | Contract | Contingent | $395,193.40 |
|---|---|---|---|---|---|
| 4 | Simpson Thacher & Bartlett LLP<br>1155 F Street, N.W.<br>Washington, DC 20004 | Karen Gift<br>karen.gift@stblaw.com<br>Phone: (202) 636-5569<br>Fax: (202) 636-5502 | Contract | | $336,190.43 |
| 5 | Cantella & Co., Inc.<br>28 State Street, 40th Fl.<br>Boston, MA 02110 | Jay Lanstein<br>Phone: (617) 521-8630<br>Fax: (617) 521-8604 | Contract | Contingent,<br>Unliquidated<br>and Disputed | $198,152.02 |
| 6 | First National Bank Omaha<br>P.O Box 2818<br>Omaha, NE 68103-2818 | Karl Pfiefer<br>Phone: (916) 543-9341<br>Fax: (916) 471-0236 | Credit<br>Card | | $115,536.58 |
| 7 | Grove Street Advisors, LLC<br>20 William Street, Suite 230<br>Wellesley, MA 02481 | Chris Quinn<br>clq@grovestreet.com<br>Phone: (781) 263-6182<br>Fax: (781) 263-6101 | Sub Lease | Contingent | $114,805.65 |
| 8 | Kimberly Collins<br>2 Conrick Lane<br>Dover, MA 02030 | Kimberly Collins<br>kcsearch@comcast.net<br>(617) 775-6159 | Employee<br>Contract | | $68,429.48 |
| 9 | Paul Gamble<br>20 Cedar Street<br>Charlestown, MA 02129 | Paul Gamble<br>paulgamble@comcast.net<br>(617) 283-9861 | Employee<br>Contract | | $48,076.92 |
| 10 | Bloomberg Finance LP<br>P.O. Box 416604<br>Boston, MA 02241-6604 | Christian Torres<br>chtorres@bloomberg.net<br>(212) 617-5557 | Contract | | $47,140.34 |
| 11 | Nathan Eigerman<br>360 Hammond St.<br>Chestnut Hill, MA 02467 | Nathan Eigerman<br>n@eigerman.com<br>(617)784-3384 | Employee<br>Contract | | $41,596.14 |
| 12 | Tony Garvin<br>10 Riverside Drive<br>Marlbehead, MA 01945 | Tony Garvin<br>lcgarvin@me.com<br>(781) 771-1882 | Employee<br>Contract | | $40,384.62 |
| 13 | TransPerfect Document<br>Management, Inc.<br>Three Park Avenue 39th Floor<br>New York, NY 10016 | Isaac Margulis<br>imargulis@transperfect.com<br>Phone: (212) 689-5555 | Contract | | $39,874.00 |
| 14 | Kathleen Weckler<br>665 Washington Apt. 902<br>Boston, MA 02111 | Kathleen Weckler<br>ktweck@gmail.com<br>(248) 219-8733 | Employee<br>Contract | | $39,711.54 |
| 15 | Mitchell Fishman<br>69 Canton Point Road<br>Canton, MA 02021 | Mitchell Fishman<br>vfishman@f2inv.com<br>(617) 763-5370 | Employee<br>Contract | | $38,076.90 |
| 16 | Rooker Price<br>58 Stratford Rd<br>Melrose, MA 02176 | Rooker Price<br>rookerprice@comcast.net<br>Phone: (617) 620-3715 | Employee<br>Contract | | $31,410.28 |
| 17 | Institutional Investor, LLC<br>P.O. Box 417611<br>Boston, MA 02241-7611 | Andres Montero<br>andres.montero@institutionalinvest<br>or.com<br>Phone: (212) 224-3682 | Contract | | $29,250.00 |
| 18 | Melanie Karlberg<br>977 Temple Street<br>Duxbury, MA 02332 | Melanie Karlberg<br>melaniekarlberg@verizon.net<br>(781) 626-3792 | Employee<br>Contract | | $28,365.38 |
| 19 | Joseph Miskel<br>600 Burgundy Place<br>Yardley, PA 19067 | Joseph Miskel<br>jmiskel@gmail.com<br>(215) 806-8479 | Employee<br>Contract | | $25,961.54 |
| 20 | Cushman & Wakefield<br>225 Franklin Street, Suite 300<br>Boston, MA 02110 | Mark Roth<br>mark.Roth@cushwake.com<br>Phone: (617) 204-4165<br>Fax: (617) 330-9499 | Contract | | $20,918.50 |

| 21 | FactSet Research Systems, Inc.<br>P.O. Box 414756<br>Boston, MA 02241-4756 | Sean Savage<br>ssavage@factset.com<br>invoices@factset.com<br>Phone:  (617) 757-1194 | Contract | | $20,454.30 |
| 22 | The Kinlin Company, Inc.<br>749 Main Street<br>Osterville, MA 02655 | Ellen Kinlin<br>eck@kinlin.com<br>(508) 420-1165 | Contract | | $20,000.00 |
| 23 | McLagan Partners Inc.<br>P.O. Box 100137<br>Pasadena, CA 91189-0137 | Linda Fagan<br>lfagan@mclagan.com<br>Phone:  (203) 602-1217<br>Fax:  (203) 323-9851 | Contract | | $17,225.00 |
| 24 | Alan Dunaway<br>9446 Gotten Way<br>Germantown, TN 38139 | Alan Dunaway<br>lcadad@hotmail.com<br>(901) 359-3493 | Employee<br>Contract | | $17,134.62 |
| 25 | Sean Tierney<br>93 Old Harbor Street<br>South Boston, MA 02127 | Sean Tierney<br>sean.tierney009@gmail.com<br>(781) 346-3069 | Employee<br>Contract | | $15,576.90 |
| 26 | Wells Fargo Advisors<br>Fee Billing - MAC H0006-08Q<br>St. Louis, MO 63103 | Trenita Coleman<br>advisorybillinginquiry@wellsfargo<br>advisors.com<br>(314) 955-8639 | Contract | | $15,221.04 |
| 27 | Victoria Newhouse<br>525 Salem Street, Apt. 2<br>Wakefield, MA 01880 | Victoria Newhouse<br>vanewhouse@sbcglobal.net<br>(630) 621-2035 | Employee<br>Contract | | $12,000.00 |
| 28 | Ashland Partners & Co., LLP<br>525 Bigham Knoll Drive, Suite<br>200<br>Jacksonville, OR 97530 | Sean P. Gilligan<br>sean@ashlandpartners.com<br>Phone:  (303) 607-8000 x 4144 | Contract | | $9,000.00 |
| 29 | Morningstar Inc.<br>2668 Payshere Circle<br>Chicago, IL 60674 | David Fabrisi<br>david.fabrisi@morningstar.com<br>Phone:  (312) 696-6375<br>Fax:  (312) 244-8026 | Contract | | $8,377.81 |
| 30 | Hotel Indigo Newton Riverside<br>399 Grove Street<br>Newton, MA 02462 | Lauren Brandon<br>Phone:  (617) 454-3408<br>Fax:  (617) 454-3493 | Contract | | $6,558.41 |

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investment Management, LLC, | ) | Case No. 15-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 30-0639247 | ) | |
| | ) | |

**DECLARATION CONCERNING THE LIST OF**
**CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

     I, Laura Dagan, President and Chief Executive Officer of F-Squared Investment Management, LLC, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Date:   July 8, 2015
         Wilmington, Delaware

                                   _____*/s/ Laura Dagan*_____
                                 Name: Laura Dagan
                                 Title:   President and Chief Executive Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| F-Squared Investment Management, LLC, | ) | Case No. 15-_____ (_____) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. 30-0639247 | ) |  |
|  | ) |  |

**CONSOLIDATED LIST OF ALL CREDITORS**

     A list of the above-captioned debtor's (the "**Debtor**") creditors in accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure has been separately transmitted to the Clerk of the Court.

     The list has been prepared on a consolidated basis from the books and records of the Debtor and certain of its affiliates that also commenced chapter 11 cases in this Court (collectively, the "**Debtors**"). The list contains only those creditors whose names and addresses were maintained in the Debtors' databases or were otherwise readily ascertainable by the Debtors prior to the commencement of the chapter 11 cases.

     Certain of the creditors listed may not hold outstanding claims against the Debtors as of the commencement of the chapter 11 cases and, therefore, may not be creditors for purposes of these cases. By submitting this list, the Debtors in no way waive or prejudice their rights to dispute the extent, validity, or enforceability of the claims, if any, held by parties identified herein.

     The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investment Management, LLC, | ) | Case No. 15-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 30-0639247 | ) | |
| | ) | |

## DECLARATION CONCERNING THE CONSOLIDATED LIST OF ALL CREDITORS

     I, Laura Dagan, the President and Chief Executive Officer of F-Squared Investment Management, LLC, declare under penalty of perjury that I have reviewed the Consolidated List of All Creditors and that the information contained therein is true and correct to the best of my information and belief.

Date:   July 8, 2015
         Wilmington, Delaware

                    */s/ Laura Dagan*
                    Name: Laura Dagan
                    Title:  President and Chief Executive Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investment Management, LLC, | ) | Case No. 15-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 30-0639247 | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Holder | Name and Address of Owner(s) | Description of Equity Interest Owned |
|---|---|---|
| Howard Present | Howard Present<br>46 Sagamore Road<br>Wellesley, MA  02481 | Common Units; Series A Preferred Units |
| HB Present Holdings, LLC | HB Present Holdings, LLC<br>46 Sagamore Road<br>Wellesley, MA  02481 | Common Units |
| Haley Present | Haley Present<br>46 Sagamore Road<br>Wellesley, MA  02481 | Common Units |
| Hunter Present | Hunter Present<br>46 Sagamore Road<br>Wellesley, MA  02481 | Common Units |
| Hilary Present | Hilary Present<br>46 Sagamore Road<br>Wellesley, MA  02481 | Common Units |
| Holden Present | Holden Present<br>46 Sagamore Road<br>Wellesley, MA  02481 | Common Units |
| Harvey and Jody Present JTWROS | Harvey and Jody Present<br>1703 Appalachian Trail<br>Chesterfield, MO  63017 | Common Units |
| Marcy Present Ettlinger | Marcy Present Ettlinger<br>3412 Birch Hollow Road<br>Baltimore, MD  21208 | Common Units |
| Paul and Marcy Ettlinger JTWROS | Paul and Marcy Ettlinger<br>3412 Birch Hollow Road<br>Baltimore, MD  21208 | Common Units |
| Brian Pultman | Brian Pultman<br>29 Southmoor Drive<br>Clayton, MO  63105 | Common Units |
| Brian I. Pultman Rev. Living Trust dtd 12/30/97 | Attn:  Brian Pultman<br>29 Southmoor Drive<br>Clayton, MO  63105 | Common Units |

| | | |
|---|---|---|
| Jeff Peskind | Jeff Peskind<br>420 Lexington Avenue, Suite 2225<br>New York, NY  10170 | Common Units |
| Suzanne and Brian Doherty<br>JTWROS | Suzzane and Brian Doherty<br>27 Oxford Road<br>Wellesley Hills, MA  02481 | Common Units |
| Lynn B. Heuer and Jeffrey Heuer<br>JTWROS | Lynn and Jeffrey Heuer<br>39 Nobscot Road<br>Weston, MA  02493 | Common Units |
| Donald and Susan Boudreau<br>JTWROS | Donald and Susan Boudreau<br>26311 Rookery Lake Drive<br>Bonita Springs, FL  34134 | Common Units |
| Donald L. Boudreau | Donald Boudreau<br>26311 Rookery Lake Drive<br>Bonita Springs, FL  34134 | Common Units |
| George McClelland | George McClelland<br>12 Reservoir Drive<br>Southboro, MA  01772 | Common Units; Series A Preferred<br>Units |
| Charles Hart | Charles Hart<br>29 Green Road<br>Bolton, MA  01740 | Common Units |
| Geordie McClelland | George McClelland<br>8 Eustus Street<br>Cambridge, MA  02140 | Common Units |
| Jacquelyn McClelland | Jacquelyn McClelland<br>12 Reservoir Drive<br>Southboro, MA  01772 | Common Units |
| Lindsay Hart | Lindsey Hart<br>29 Green Road<br>Bolton, MA  01740 | Common Units |
| Lindsay McClelland | Lindsey McClelland<br>8 Eustus Street<br>Cambridge, MA  02140 | Common Units |
| Graham R. Hart | Graham R. Hart<br>29 Green Road<br>Bolton, MA  01740 | Common Units |
| Hazel Hatton McClelland | Hazel Hatton McClelland<br>8 Eustus Street<br>Cambridge, MA  02140 | Common Units |
| Quinn McClelland Hart | Quinn McClelland Hart<br>29 Green Road<br>Bolton, MA  01740 | Common Units |
| Agnes Carol McClelland | Agnes Carol McClelland<br>8 Eustus Street<br>Cambridge, MA  02140 | Common Units |
| The McClelland Irrevocable<br>Grantor Trust - 2012 | The McClelland Irrevocable Grantor<br>Trust - 2012<br>12 Reservoir Drive<br>Southboro, MA  01772 | Common Units |
| Vadim Fishman | Vadim Fishman<br>112 Hobart Avenue<br>Beach Haven Crest, NJ  08008 | Common Units; Series A Preferred<br>Units |

2

| | | |
|---|---|---|
| Ilya Muchnik | Ilya Muchnik<br>11 Forest Glen Drive<br>Highland Park, NJ  08904 | Common Units |
| Cynthia Liu | Cynthia Liu<br>865 1/2 Carina Lane<br>Foster City, CA  94404 | Common Units |
| Richard (F.) Tomney | Richard (F.) Tomney<br>3 Emerson Way<br>Hopkinton, MA  01748 | Common Units; Option Units |
| Beth Ann Warner | Beth A. Warner<br>1 Prospect Street<br>Needham, MA  02492 | Common Units |
| Kenneth McLaughlin | Kenneth McLaughlin<br>1 Wildwood Street<br>Winchester, MA  01890 | Common Units |
| Stephen J. Ricci and Geraldine R. Ricci | Stephen J. Ricci and Geraldine R. Ricci<br>10 Devereaux Street<br>Arlington, MA  02476 | Series A Preferred Units |
| The Jennifer L. Kingsbury Trust | The Jennifer L. Kingsbury Trust<br>10 Devereaux Street<br>Arlington, MA  02476 | Common Units |
| Stephen J. Ricci | Stephen J. Ricci<br>10 Devereaux Street<br>Arlington, MA  02476 | Common Units |
| Laura P. Dagan Family Trust | Attn:  Laura P. and Barry W. Dagan as Trustees<br>40 College Street, Unit 801<br>Burlington, VT  05401 | Common Units; Series A Preferred Units; Series A1 Preferred Units |
| Barry W. Dagan Family Trust | Attn:  Barry W. Dagan as Trustee<br>40 College Street, Unit 801<br>Burlington, VT  05401 | Common Units; Series A Preferred Units; Series A1 Preferred Units |
| Deborah (L.) Deskavich | Deborah (L.) Deskavich<br>177 Gulf Road<br>Northfield, MA  01360 | Common Units; Series A Preferred Units; Series A1 Preferred Units |
| Deborah L. Deskavich and Stephen (M.) Roberto JTWROS | Deborah L. Deskavich and Stephen (M.) Roberto<br>177 Gulf Road<br>Northfield, MA  01360 | Common Units |
| Maureen Black | Maureen Black<br>5 Old State Road<br>Erving, MA  01344 | Common Units |
| Karen Palaoro | Karen Palaoro<br>2444 South Ellis Street<br>Lakewood, CO  80228 | Common Units |
| Nathan Black | Nathan Black<br>125 Millers Fall Road<br>Turner Falls, MA  01376 | Common Units |
| Katie Black | Katie Black<br>3991 East Hill Road<br>Wolcott, VT  05680 | Common Units |
| Regina Palaoro | Regina Palaoro<br>310 Colorado Blvd.<br>Denver, CO  80206 | Common Units |

3

| | | |
|---|---|---|
| Joseph T. Palaoro III | Joseph T. Palaoro, III<br>2444 South Ellis Street<br>Lakewood CO, 80228 | Common Units |
| Jon F. Holsteen Declaration of Trust Dated 9-28-2006 | Attn: Jon F. Holsteen<br>426 West County Line Road<br>Barrington Hills, IL 60010 | Series A Preferred Units |
| Paul W. Martin and Christine L. Martin JTWROS | Paul W. Martin and Christine L. Martin<br>245 Plumb Brook Road<br>Woodbury, CT 06798 | Series A Preferred Units; Series A1 Preferred Units |
| Jonathan Stern | Jonathan Stern<br>200 East 24th Street, Apt. 306<br>New York, NY 10010 | Common Units; Series A Preferred Units |
| William D. Strecker | William D. Strecker<br>PO Box 1269<br>West Tisbury, MA 02575 | Series A Preferred Units |
| William D. and Nancy W. Strecker JTWROS | William D. and Nancy W. Strecker<br>PO Box 1269<br>West Tisbury, MA 02575 | Series A Preferred Units |
| Millenium Trust (Bob Padgette IRA) | Millenium Trust Co., LLC<br>200 Spring Road, Suite 700<br>Oak Brook, IL 60523 | Series A Preferred Units |
| Affinity Investments II, LLC | Attn: Jon F. Holsteen<br>426 West County Line Road<br>Barrington Hills, IL 60010 | Series A Preferred Units |
| Dave P. Souza & Adrienne W. Souza JTWROS | Dave P. Souza<br>28 Carleton Drive East<br>East Sandwich, MA 02537 | Series A Preferred Units |
| Edward D'Alelio | Edward D'Alelio<br>88 Black Rock Dr<br>Hingham, MA 02043 | Series A Preferred Units |
| John Chu & Tina Eng JTWROS | John Chu<br>664 Woodstock Road<br>Hillsborough, CA 94010 | Series A Preferred Units |
| MMF-NH, LLC | Michael M. Michingami<br>2 Langley Park<br>Farmington, CT 06032 | Common Units; Series A Preferred Units |
| Thomas W. Littauer | Thomas W. Littauer<br>268 Jerusalem Road<br>Cohasset, MA 02025 | Common Units; Series A Preferred Units |
| William J. Weyand | William J. Weyand<br>6805 Alberly Lane<br>Cincinnati, OH 45243 | Series A Preferred Units |
| William J. Weyand Trust | William J. Weyand<br>6805 Alberly Lane<br>Cincinnati, OH 45243 | Common Units |
| Robert G. Gottlieb | Robert G. Gottlieb<br>15803 Mill Point Drive<br>Houston, TX 77059 | Common Units; Series A Preferred Units; Series A1 Preferred Units |
| Reese C. Jacobs Education Trust | Cordelia S. Jacobs, Trustee<br>321 Woodland Road<br>Sewickley, PA 15143 | Common Units |

RLF1 12290643v.3

| | | |
|---|---|---|
| Elizabeth C. Jacobs Education Trust | Cordelia S. Jacobs, Trustee<br>321 Woodland Road<br>Sewickley, PA  15143 | Common Units |
| Charles E. Jacobs Revocable Trust dated 1/28/2000 | Cordelia S. Jacobs, Trustee<br>321 Woodland Road<br>Sewickley, PA  15143 | Series A Preferred Units |
| Irrevocable deed of trust for Anna E. Jacobs dated 10/21/02 | Peter Jacobs<br>3303 94th Avenue S.E.<br>Mercer Island, WA  98040 | Common Units |
| Irrevocable deed of trust for Claire Helena Jacobs dated 12/10/05 | Peter Jacobs<br>3303 94th Avenue S.E.<br>Mercer Island, WA  98040 | Common Units |
| Peter S. Jacobs | Peter Jacobs<br>3303 94th Avenue S.E.<br>Mercer Island, WA  98040 | Common Units |
| Irrevocable deed of trust for Catherine G. Smith dated 3/16/01 | Catherine G. Smith<br>306 Kettlebridge Drive<br>Cary, NC  27511 | Common Units |
| Irrevocable deed of trust for Andrew W. Smith dated 12/17/96 | Andrew W. Smith<br>306 Kettlebridge Drive<br>Cary, NC  27511 | Common Units |
| Irrevocable deed of trust for Charles R. Smith dated 12/17/96 | Charles R. Smith<br>306 Kettlebridge Drive<br>Cary, NC  27511 | Common Units |
| Laura J. Smith | Laura J. Smith<br>306 Kettlebridge Drive<br>Cary, NC  27511 | Common Units |
| Ann Aghababian | Ann Aghababian<br>5 Hidden Meadow Lane<br>Southboro, MA  01772 | Common Units; Series A1 Preferred Units |
| TRN Capital, LLC | William W. Hunt<br>304 Marsh Street<br>Belmont, MA  02478 | Series A1 Preferred Units |
| Ron Santangelo | Ron Santangelo<br>8028 San Simeon Way<br>Naples, FL  34108 | Series A Preferred Units |
| F. Warren McFarlan | F. Warren McFarlan<br>462 Soldiers Field Road<br>Boston, MA  02163 | Series A Preferred Units |
| Keith B. Jarrett | Keith B. Jarrett<br>400 Beach Drive NE #502<br>St. Petersburg, FL  33701 | Common Units; Series A Preferred Units |
| John M. Weyand 2005 Trust | William Weyand<br>6805 Alberly Lane<br>Cincinnati, OH  45243 | Series A1 Preferred Units |
| John Nelson | John Nelson<br>23 Manor Lane<br>East Hampton, NY  11937 | Series A Preferred Units |
| Jack Chafin | Jack Chafin<br>4 Teal Circle<br>Mashpee, MA  02476 | Common Units |
| Flynn McDonnell | Flynn McDonnell<br>196 Main Street<br>Wendham, MA  01984 | Common Units; Option Units |

5

RLF1 12290643v.3

| | | |
|---|---|---|
| Robert W. Milotte, Jr. and Debra S. Milotte JTWROS | Robert W. Milotte, Jr.<br>15532 Monterosso Lane, Apt 102<br>Naples, FL  34110 | Common Units |
| Richard V. Aghababian | Richard V. Aghababian<br>5 Hidden Meadow Lane<br>Southboro, MA  01772 | Common Units |
| Thomas B. Rosedale | Thomas B. Rosedale<br>18 Pilgrim Road<br>Wellesley, MA  02481 | Common Units |
| MLPF&S Custodian FBO John Chu IRA | John Chu<br>664 Woodstock Road<br>Hillsborough, CA  94010 | Common Units |
| Svitlana Senenko | Svitlana Senenko<br>205 Nancy Lane<br>Ewing, NJ  08638 | Common Units |
| Svitlana Senenko and Mykola Rabchevskiy JTWROS | Svitlana Senenko<br>205 Nancy Lane<br>Ewing, NJ  08638 | Common Units |
| Brendan (McCarthy) and Katherine McCarthy JTWROS | Brendan McCarthy<br>234 Elm Street<br>Braintree, MA  02184 | Common Units |
| William J. McNamara and Mary C. McNamara JTWROS | William J. McNamara<br>72 Yarmouth Road<br>Wellesley, MA  02481 | Common Units |
| William (J.) McNamara | William J. McNamara<br>72 Yarmouth Road<br>Wellesley, MA  02481 | Common Units; Option Units |
| Rooker Price and Shannon Price JTWROS | Rooker Price<br>58 Stratford Road<br>Melrose, MA  02176 | Common Units |
| Rooker Price | Rooker Price<br>58 Stratford Road<br>Melrose, MA  02176 | Common Units |
| John J. Harrington & Meribeth Harrington JTWROS | John J. Harrington<br>120 Forest Street<br>Wellesley, MA  02481 | Common Units |
| Kevin Orr and Elizabeth Boen JTWROS | Kevin Orr<br>34 Valley Road<br>Chestnut Hill, MA  02467 | Common Units |
| Philip R. Murray | Philip R. Murray<br>21 Lexington Avenue<br>Needham, MA  02494 | Common Units |
| Thomas Mann | Thomas Mann<br>550 Okeechobee Blvd. Unit 1701<br>West Palm Beach, FL  33401 | Common Units; Option Units |
| Creighton Mann and Ellen Hazenfield Mann, JTWROS | Creighton Mann and Ellen Hazenfield Mann<br>42 Pine Hill Road<br>Norwalk, CT  06855 | Common Units |
| Allison Mann and Ellen Hazenfield Mann, JTWROS | Allison Mann and Ellen Hazenfield Mann<br>42 Pine Hill Road<br>Norwalk, CT  06855 | Common Units |
| MannMaxx Management | Thomas Mann<br>550 Okeechobee Blvd. Unit 1701<br>West Palm Beach, FL  33401 | Common Units |

RLF1 12290643v.3

| | | |
|---|---|---|
| William Carey | William Carey<br>27 Tabor Hill Road<br>Lincoln, MA  01773 | Common Units |
| Joseph Miskel and Patricia Miskel JTWROS | Joseph Miskel<br>600 Burgundy Place<br>Yarkley, PA  19067 | Common Units |
| Thomas W. Hagstrom | Thomas W. Hagstrom<br>P.O. Box 542<br>Hingham, MA  02043 | Common Units; Option Units |
| Richard B. Weed | Richard B. Weed<br>308 Elliot Street<br>Newton Upper Falls, MA  02464 | Common Units; Option Units |
| Betsy Amenta | Betsy Amenta<br>49 Sheffield Terrace<br>Marlborough, MA  01752 | Common Units |
| Betsy Amenta and Gerry Amenta JTWROS | Betsy Amenta<br>49 Sheffield Terrace<br>Marlborough, MA  01752 | Common Units |
| Brian Sullivan | Brian Sullivan<br>5 Boiling Spring Avenue<br>Medfield, MA 02052 | Common Units |
| Melanie Karlberg | Melanie Karlberg<br>977 Temple Street<br>Duxbury, MA  02332 | Common Units |
| Jim Celico (James Celico) | James Celico<br>21 Central Avenue<br>Barrington, RI  02806 | Common Units |
| Mitchell Fishman | Mitchell Fishman<br>69 Canton Point Road<br>Canton, MA  02021 | Common Units |
| Alexandra Swirbalus | Alexandra Swirbalus<br>176 Ledgewood Drive<br>Hanover, MA  02339 | Common Units |
| Michael Comiskey | Michael Comiskey<br>11 Jersey Way<br>Walpole, MA  02081 | Common Units |
| Karl Desmond | Karl Desmond<br>266 West Broadway, Apt. 2<br>Boston, MA  02127 | Common Units; Option Units |
| Olivia Fahey | Olivia Fahey<br>392 West Broadway, Apt .2<br>South Boston, MA  02127 | Common Units; Option Units |
| Lisa Quinn | Lisa Quinn<br>22 Fairway Lane<br>Foxboro, MA  02035 | Common Units |
| Dennis Follmer | Dennis Follmer<br>35 Tavern Circle<br>Sudbury, MA  01776 | Common Units |
| Michael Albert | Michael Albert<br>11 Earl Street<br>Boston, MA  02127 | Common Units |
| Valerie Villegas-Hoag | Valerie Villegas-Hoag<br>548 E 7th Street, Apt. 1<br>South Boston, MA  02127 | Common Units |

7

| | | |
|---|---|---|
| Nathan Eigerman | Nathan Eigerman<br>360 Hammond Street<br>Chestnut Hill, MA  02467 | Common Units |
| Sonia Spirling | Sonia Spirling<br>35 Tavern Circle<br>Sudbury, MA  01776 | Common Units |
| Holly Cloutier | Holly Cloutier<br>61 Monument Avenue<br>Charlestown, MA  02129 | Common Units |
| Kelley Sloane | Kelley Sloane<br>398 W. Broadway, Apt. 1<br>South Boston, MA  02127 | Common Units |
| Kyle Parker | Kyle Parker<br>9 W. Broadway, Apt. 119<br>South Boston, MA  02127 | Common Units |
| Elena Zarubina and Dmitry Zokayev JTWROS | Elena Zarubina<br>1217 White Pine Circle<br>Lawrenceville, NJ  08648 | Common Units |
| Alexey Panchekha and Anna Pancheckha JTWROS | Alexey Panchekha<br>33 Peach Tree Lane<br>North Haledon, NJ  07508 | Common Units |
| Ellen Kinlin and Robert B. Kinlin JTWROS | Ellen Kinlin<br>328 Commercial Street, #35<br>Boston, MA  02109 | Common Units |
| Ellen Kinlin | Ellen Kinlin<br>328 Commercial Street, #35<br>Boston, MA  02109 | Restricted Units |
| Nathan A. Williams | Nathan A. Williams<br>1 Walnut Road<br>Wenham, MA  01984 | Common Units |
| Robert J. McDermott | Robert J. McDermott<br>73 Woodworth Lane<br>Scituate, MA  02066 | Common Units; Option Units |
| Eileen M. Leary | Eileen M. Leary<br>50 Green Lane<br>Canton, MA  02021 | Common Units |
| Paul Gamble | Paul Gamble<br>20 Cedar Street<br>Charlestown, MA  02129 | Common Units |
| Sharon French | Sharon French<br>85 Oak Ridge Avenue<br>Summit, NJ  07901 | Common Units |
| Carey L. Hoch | Carey L. Hoch<br>149 Tower Road<br>Lincoln, MA  01773 | Common Units |
| Kimberly Collins | Kimberly Collins<br>2 Conrick Lane<br>Dover, MA  03030 | Common Units |
| William Thompson | William Thompson<br>11 Wilton Road<br>Newtonville, MA  02460 | Common Units |
| Steve Deroian | Steve Deroian<br>185 Lindbergh Avenue<br>Needham, MA  02494 | Common Units; Option Units |

8

| | | |
|---|---|---|
| Sea View Investments, LLC | Sea View Investments, LLC<br>31 St. James Avenue, Suite 740<br>Boston, MA  02116 | Common Units; Series A Preferred Units |
| Joseph P. Finn | Joseph P. Finn<br>245 Country Club Way<br>Kingston, MA  02364 | Common Units |
| David J. Hanlon | David J. Hanlon<br>P.O. Box 144<br>Prides Crossing, MA  01965 | Common Units |
| Rich Block | Rich Block<br>166 Fair Oaks Park<br>Needham, MA  02492 | Common Units |
| Alexander J. Nary | Alexander J. Nary<br>29 West Street<br>Marblehead, MA  01945 | Common Units |
| Rob Lynch | Rob Lynch<br>29 Haynes Road<br>Stoughton, MA  02072 | Common Units |
| Ryan Wellman | Ryan Wellman<br>18 Winter Avenue<br>Taunton, MA  02780 | Common Units |
| Deborah Spielman | Deborah Spielman<br>131 Oxbow Road<br>Needham, MA  02492 | Common Units |
| Nicole Beauregard | Nicole Beauregard<br>13 Belair Road<br>Wellesley, MA  02482 | Common Units |
| Brian G. Fairhurst and Sarah R. Fairhurst JTWROS | Brian G. Fairhurst<br>3320 Sweet Drive<br>Lafayette, CA  94549 | Common Units |
| Bill Taylor | Bill Taylor<br>4 Buckingham Terrace<br>Wellesley, MA  02482 | Option Units |
| Steven Winks | Steven Winks<br>2001 E Grace Street<br>Suite 416<br>Richmond, VA  23223-7062 | Option Units |
| Shannon O'Brien | Shannon O'Brien<br>6 Danecca Drive<br>Whitman, MA  02382 | Option Units |
| Richard Weed | Richard Weed<br>308 Elliot Street<br>Newton Upper Falls, MA  02464 | Option Units |
| Dabney Treacy | Dabney Treacy<br>4932 Locksview Road<br>Lynchburg, VA 24503 | Option Units |
| Matthew Hurd | Matthew Hurd<br>188 Sugar Road<br>Bolton, MA  01740 | Option Units |
| Cailey Colantuno | Cailey Colantuno<br>79 Phillips Street<br>Boston, MA  02114 | Option Units |

| | | |
|---|---|---|
| John J. Harrington | John J. Harrington<br>120 Forest Street<br>Wellesley, MA  02481 | Option Units |
| Brendan McCarthy | Brendan McCarthy<br>234 Elm Street<br>Braintree, MA  02184 | Option Units |
| Rodrigo Franco Toso | Rodrigo Franco Toso<br>23 Heritage Boulevard<br>Princeton, NJ  08540 | Option Units |
| Kara Brown | Kara Brown<br>10 Black Oak Road<br>Wayland, MA  01778 | Option Units |
| Ellen Kinlin | Ellen Kinlin<br>328 Commercial Street, #35<br>Boston, MA  02109 | Option Units |
| Todd Larson | Todd Larson<br>38 Frederic Lane<br>Mansfield, MA  02048 | Option Units |
| Jonathan Eng | Jonathan Eng<br>4 Littles Brook Court<br>Apartment 101<br>Burlington, MA  01803 | Option Units |
| Will Creedon | Will Creedon<br>75 Wapole Street<br>Dover, MA  02030 | Option Units |
| Tyson Pettitt | Tyson Pettitt<br>1 Crossland Place<br>Apartment 2<br>Brighton, MA  02135 | Option Units |
| Andrew Tewksbury | Andrew Tewksbury<br>815 East 4th Street<br>Apartment 1<br>Boston, MA  02127 | Option Units |
| Frank Costigliola | Frank Costigliola<br>181 D Street, Apt. 2<br>Boston, MA  02127 | Option Units |
| Brian Fairhurst | Brian Fairhurst<br>3320 Sweet Drive<br>Lafayette, CA  94549 | Option Units |
| Chris Crosby | Chris Crosby<br>123 Sherwood Lane<br>Westhampton, NJ  08060 | Option Units |
| Mark Ramunno | Mark Ramunno<br>4591 West Point Drive<br>Cleveland, OH  44126 | Option Units |
| Steven Perlmutter | Steven Perlmutter<br>60 Saville Street<br>North Andover, MA  02462 | Option Units |
| Karen Walsh | Karen Walsh<br>123 Essex Street<br>Quincy, MA  02171 | Option Units |
| Michael Fardy | Michael Fardy<br>68 Pheasant Landing<br>Needham, MA  02492 | Option Units |

| Kevin Ramsier | Kevin Ramsier<br>25 High Meadow Road<br>Wrentham, MA  02093 | Option Units |
|---|---|---|
| Eric Frasier | Eric Frasier<br>304 Royal Crescent Lane<br>Waxhaw, NC  28173 | Option Units |
| Daniel O'Brien | Daniel O'Brien<br>20 Pine Drive<br>Pound Ridge, NY  10576 | Option Units |

11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| F-Squared Investment Management, LLC, | ) | Case No. 15-_____ (_____) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. 30-0639247 | ) |  |
|  | ) |  |

## DECLARATION CONCERNING THE LIST OF EQUITY SECURITY HOLDERS

I, Laura Dagan, President and Chief Executive Officer of F-Squared Investment Management, LLC, declare under penalty of perjury that I have reviewed the foregoing List of Equity Holders and that the information contained therein is true and correct to the best of my information and belief.

Date:   July 8, 2015
        Wilmington, Delaware

_____*/s/ Laura Dagan*_____
Name: Laura Dagan
Title:   President and Chief Executive Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| F-Squared Investment Management, LLC, | ) | Case No. 15-_____ (_____) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. 30-0639247 | ) |  |
|  | ) |  |

## CORPORATE OWNERSHIP STATEMENT

The following is the list of entities that own ten (10) percent or more of the above-captioned debtor's membership interests. The list is prepared in accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.

| Member | Percentage of Membership Interests Held |
|---|---|
| None | N/A |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investment Management, LLC, | ) | Case No. 15-_____ (_____) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 30-0639247 | ) | |
| | ) | |

## DECLARATION CONCERNING THE CORPORATE OWNERSHIP STATEMENT

I, Laura Dagan, President and Chief Executive Officer of F-Squared Investment Management, LLC, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that the information contained therein is true and correct to the best of my information and belief.


Date:   July 8, 2015
        Wilmington, Delaware


                            _____*/s/ Laura Dagan*_____
                            Name: Laura Dagan
                            Title:   President and Chief Executive Officer