**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investment Management, LLC, | ) | Case No. 15-11469 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 30-0639247 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investments, Inc., | ) | Case No. 15-11470 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 26-2980788 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Retirement Solutions, LLC, | ) | Case No. 15-11471 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 30-0639247 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Alternative Investments, LLC, | ) | Case No. 15-11473 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 30-0639247 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Solutions, LLC, | ) | Case No. 15-11474 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 30-0639247 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Institutional Advisors, LLC, | ) | Case No. 15-11475 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 30-0639247 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Capital, LLC, | ) | Case No. 15-11476 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 46-2175257 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AlphaSector LLS GP 1, LLC, | ) | Case No. 15-11477 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 45-3753342 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Active Index Solutions, LLC, | ) | Case No. 15-11478 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| Tax I.D. No. 26-2980788 | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the Debtors[2] for entry of an order directing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only and granting

---

[1] Capitalized terms used but not defined in this Order have the meanings given to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F-Squared Investment Management, LLC (9247), F-Squared Investments, Inc. (0788), F-Squared Retirement Solutions, LLC (9247), F-Squared Alternative Investments, LLC (9247), F-Squared Solutions, LLC (9247), F-Squared Institutional Advisors, LLC (9247), F-Squared Capital, LLC (5257), AlphaSector LLS GP 1, LLC (3342), and Active Index Solutions, LLC (0788). The Debtors' address is Wellesley Office Park, 80 William Street, Suite 400, Wellesley, Massachusetts 02481.

2

related relief, as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances; and the Court having reviewed the Motion and the Phelps Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15- 11469 (LSS)

3. Nothing contained in the Motion or this order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investment Management, LLC, *et al.*,[3] | ) | Case No. 15-11469 (LSS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F-Squared Investment Management, LLC (9247), F-Squared Investments, Inc. (0788), F-Squared Retirement Solutions, LLC (9247), F-Squared Alternative Investments, LLC (9247), F-Squared Solutions, LLC (9247), F-Squared Institutional Advisors, LLC (9247), F-Squared Capital, LLC (5257), AlphaSector LLS GP 1, LLC (3342), and Active Index Solutions, LLC (0788). The Debtors' address is Wellesley Office Park, 80 William Street, Suite 400, Wellesley, Massachusetts 02481.

3

5. All pleadings and notices shall be captioned as indicated in the preceding paragraph, and all original docket entries shall be made in the case of F-Squared Investment Management, LLC, Case No. 15-11469 (LSS).

6. A docket entry shall be made in each of the Chapter 11 Cases (except F-Squared Investment Management, LLC) substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of F-Squared Investment Management, LLC (Case No. 15-11469 (LSS)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 15-11469 (LSS) should be consulted for all matters affecting this case.

7. The Debtors are authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this order.

Dated: July 9, 2015
Wilmington, Delaware

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

RLF1 12413372v.1