**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| F-Squared Investment Management, LLC, *et al.* | : | Case No. 15-11469 (LSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Nathan Eigerman,** Chestnut Hill, MA 02467, Phone: 617-784-3384.

2. **Cantella & Co.**, Attn: Jay Lanstein, 28 State St., Fl. 40, Boston, MA 02107, Phone: 617-224-1426.

3. **Grove Street Advisors,** Atn: Barry Gonder, 20 William St., #230, Wellesley, MA 02481, Phone: 781-263-6100, Fax: 781-263-6101.


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Richard L. Schepacarter for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 15, 2015

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Russell Silberglied, Esquire, Phone: (302) 651-7700, Fax: (302) 65107701