IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| F-Squared Investment Management, LLC, *et al.*,[1] | Case No. 15-11469 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors of F-Squared Investment Management, LLC and its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases, by and through its proposed undersigned counsel, hereby submits this Notice of Appearance and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 1103 and 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following address and further requests to be added to the Master Service List:

William R. Baldiga, Esq.
Alex Lipman, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
wbaldiga@brownrudnick.com
alipman@brownrudnick.com

Frederick B. Rosner, Esq.
Julia B. Klein, Esq.
THE ROSNER LAW GROUP LLC
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F-Squared Investment Management, LLC (9247), F-Squared Investments, Inc. (0788), F-Squared Retirement Solutions, LLC (9247), F-Squared Alternative Investments, LLC (9247), F-Squared Solutions, LLC (9247), F-Squared Institutional Advisors, LLC (9247), F-Squared Capital, LLC (5257), AlphaSector LLS GP 1, LLC (3342), and Active Index Solutions, LLC (0788). The Debtors' address is Wellesley Office Park, 80 William Street, Suite 400, Wellesley, Massachusetts 02481.

{00016293. }

Sunni P. Beville, Esq.
R. Benjamin Chapman, Esq.
Jill C. Wexler, Esq.
BROWN RUDNICK LLP
One Financial Center
18th Floor
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
sbeville@brownrudnick.com
bchapman@brownrudnick.com
jwexler@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

{00016293. }

Dated: July 16, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick Rosner*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

William R. Baldiga, Esq.
Alex Lipman, Esq.
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
wbaldiga@brownrudnick.com
alipman@brownrudnick.com

and

Sunni P. Beville, Esq.
R. Benjamin Chapman, Esq.
Jill C. Wexler, Esq.
**BROWN RUDNICK LLP**
One Financial Center
18th Floor
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
sbeville@brownrudnick.com
bchapman@brownrudnick.com
jwexler@brownrudnick.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*