# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| F-Squared Investment Management, LLC, *et al.*[1] | ) Case No. 15-11469 (LSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 9 & 75** |
| | ) **Cure Obj. Deadline: Aug. 14, 2015 at 4:00 p.m. (EDT)** |
| | ) **Consent Deadline: Aug. 31, 2015** |

**NOTICE OF (I) CONSENT TO ASSUME AND ASSIGN EXECUTORY CONTRACTS PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

PLEASE TAKE NOTICE THAT:

1. On July 8, 2015, the above captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion to (A) Establish Bidding Procedures Related to the Sale of Substantially All of the Debtors' Assets, Approve Related Bid Protections and Establish Notice Procedures for Determining Cure Amounts, and (B) Approve the Sale of Substantially All of the Debtors' Assets and Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 9] (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

2. Pursuant to the Motion, the Debtors seek the entry of an order (i) establishing bidding and auction procedures in connection with the sale of substantially all of the Debtors' assets (the "**Purchased Assets**"); (ii) approving proposed bid protections, including a break-up fee and expense reimbursement, for Broadmeadow Capital, LLC (the "**Proposed Purchaser**"), in accordance with that certain Asset Purchase Agreement dated July 3, 2015 (the

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F-Squared Investment Management, LLC (9247), F-Squared Investments, Inc. (0788), F-Squared Retirement Solutions, LLC (9247), F-Squared Alternative Investments, LLC (9247), F-Squared Solutions, LLC (9247), F-Squared Institutional Advisors, LLC (9247), F-Squared Capital, LLC (5257), AlphaSector LLS GP 1, LLC (3342), and Active Index Solutions, LLC (0788). The Debtors' address is Wellesley Office Park, 80 William Street, Suite 400, Wellesley, Massachusetts 02481.

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion. For a copy of the Motion, please visit the website of the Debtors' proposed claims and noticing agent, BMC Group, Inc., www.bmcgroup.com/fsquared.

"**Stalking Horse Agreement**") for the purchase of the Purchased Assets; (iii) scheduling an auction (the "**Auction**") and setting a date and time for a sale hearing (the "**Sale Hearing**") for the sale of the Purchased Assets (the "**Sale**"), and approving the form and manner of notice thereof; (iv) establishing procedures (the "**Cure Procedures**") for the assumption and assignment of contracts ("**Contracts**") and leases ("**Leases**"), including notice of proposed cure amounts (the "**Cure Amounts**"); and (v) granting certain related relief. By the Motion, the Debtors further request that, at the Sale Hearing, subject to the results of the Auction, the Court enter an order (a) approving and authorizing the Sale; and (b) authorizing the assumption and assignment of the Contracts and Leases.

3. Proposed Purchaser has described its business as follows: "Broadmeadow Capital is a quantitative asset manager with a Boston presence that seeks to achieve attractive returns for clients combined with risk management techniques focused primarily on reducing drawdowns. Broadmeadow Capital's parent company, Cedar Capital, delivers innovative investment solutions, primarily via financial advisors, through its partners, providing a single point of access to multiple, diversified and unique investment strategies. Cedar Capital has strong capital resources with the backing of two premier financial services private investment firms, FTV Capital and LLR Partners."

4. In accordance with the Cure Procedures, the Debtors are delivering this notice (the "**Cure Notice**") identifying (i) those Contracts which may be assumed by the Debtors and assigned as part of the Sale; and (ii) the proposed entire cure amount (the "**Cure Amount**") applicable to any and all defaults for each Contract identified on the Cure Notice. The Cure Amount applicable to each Contract is intended to, and shall, reflect all damages and amounts that are or could be payable to any person or entity as a result of any breach at any time by any of the Debtors of any obligation, representation or warranty of any of the Debtors under, related to or otherwise with respect to such Contract, including without limitation any contingent claim for indemnification from the Debtors under the terms of such Contract related to or arising from any breach by any of the Debtors of any obligation, representation or duty of the Debtors to any person or entity arising under any applicable law at any time.

5. Adequate assurance information for the Proposed Purchaser is available by contacting counsel to the Proposed Purchaser, (i) Fox, Swibel, Levin & Carroll, LLP), 200 West Madison Street, Suite 3000, Chicago, Illinois 60606 (Attn: N. Neville Reid; email: nried@fslc.com and David Morris; email dmorris@fslc.com) and (ii) Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington DE 19801 (Attn: Brett D. Fallon; email: bfallon@morrisjames.com).

6. You have been identified as a party to a Contract that the Debtors may seek to assume and assign as part of the Sale. The Contract with respect to which you have been identified as a non-debtor counterparty, and the corresponding proposed Cure Amount, if any, has been set forth on **Exhibit 1** attached hereto.

7. Any objection to **the assumption and assignment of your Contract** to the Proposed Purchaser or any Winning Bidder must be in writing, filed with the Bankruptcy Court (824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801), state your intention to terminate the Contract in accordance with its terms, and be received by the following parties **on**

**or before August 31, 2015** (the "**Assignment Objection Deadline**"): (i) the Debtors' proposed counsel, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Russell C. Silberglied and Mark A. Kurtz; email: silberglied@rlf.com and kurtz@rlf.com); (ii) Proposed Purchaser's counsel, (a) Fox, Swibel, Levin & Carroll, LLP, 200 West Madison Street, Suite 3000, Chicago, Illinois 60606 (Attn: N. Neville Reid, email: nreid@fslc.com and David Morris, email: dmorris@fslc.com) and (b) Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington DE 19801 (Attn: Brett D. Fallon; email: bfallon@morrisjames.com) and (iii) the Debtors, (a) 2221 Washington Street, Suite 201, Newton, Massachusetts 02462  (Attn: Laura Dagan; email: ldagan@f2inv.com) and (b) c/o Stillwater Advisory Group LLC, P.O. Box 1022, Beverly Shores, Indiana 46301 (Attn: David Phelps; email: dphelps@dnphelps.com) as soon as possible.  If you fail to object to assumption and assignment of your Contract prior to the Assignment Objection Deadline, your Contract may be assumed and assigned to the Proposed Purchaser or any Winning Bidder without further notice or order by the Bankruptcy Court.

8. Objections, if any, to the **proposed Cure Amount of any Contract** listed on the Cure Notice must be made in writing, filed with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received by the following parties **on or before 4:00 p.m. (prevailing Eastern Time) on August 14, 2015** (the "**Cure Objection Deadline**"): (i) the Debtors' proposed counsel, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Russell C. Silberglied and Michael J. Merchant; email: silberglied@rlf.com and merchant@rlf.com); (ii) the Debtors, (a) 2221 Washington Street, Suite 201, Newton, Massachusetts 02462 (Attn: Laura Dagan; email: ldagan@f2inv.com) and (b) c/o Stillwater Advisory Group LLC, P.O. Box 1022, Beverly Shores, Indiana 46301 (Attn: David Phelps; email: dphelps@dnphelps.com); (iii) counsel to the Proposed Purchaser, (a) Fox, Swibel, Levin & Carroll, LLP), 200 West Madison Street, Suite 3000, Chicago, Illinois 60606 (Attn: N. Neville Reid; email: nreidnreid@fslc.com and David Morris, email: dmorris@fslc.com)  and (b) Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington DE 19801 (Attn: Brett D. Fallon; email: bfallon@morrisjames.com); (iv) counsel to the Official Committee of Unsecured Creditors Brown Rudnick LLP, (a) Seven Times Square, New York, New York 10036 (Attn: William R. Baldiga and Alex Lipman; email: wbaldiga@brownrudnick.com and alipman@brownrudnick.com) and (b) One Financial Center 18th Floor, Boston, MA 02111 (Attn: Sunni P. Beville and R. Benjamin Chapman; email: sbeville@brownrudnick.com and bchapman@brownrudnick.com); and (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Richard L. Schepacarter and Natalie Cox; email: Richard.Schepacarter@usdoj.gov and Natalie.Cox@usdoj.gov). The objection must set forth (a) the basis for the objection, (b) the exact amount the party asserts as the Cure Amount, and (c) sufficient documentation to support the Cure Amount alleged.

9. If an objection is timely filed by the Cure Objection Deadline, a hearing with respect to such objection will be held before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801, on **August 25, 2015 at 10:00 a.m. (prevailing Eastern Time**) or at a later hearing, as determined by the Debtors, subject to the Court's calendar.  A hearing regarding the Cure Amount, if any, may be continued at the sole discretion of the Debtors.

10. **UNLESS YOU FILE AN OBJECTION TO THE CURE AMOUNT AND/OR NOTIFY THE DEBTORS AND THEIR PROPOSED COUNSEL OF YOUR OBJECTION TO THE ASSUMPTION OR ASSIGNMENT OF YOUR CONTRACT IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE FOREVER (A) BARRED FROM OBJECTING TO THE CURE AMOUNT SET FORTH ON EXHIBIT 1, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS, THE PROPOSED PURCHASER OR ANY OF THE PURCHASED ASSETS OR WINNING BIDDER OR ANY OTHER ASSIGNEE OF THE RELEVANT CONTRACT THAT IS GREATER THAN THE CURE AMOUNT SET FORTH ON EXHIBIT 1, (C) BARRED FROM ASSERTING ANY CLAIM (INCLUDING ANY CONTINGENT CLAIM) AT ANY TIME AGAINST THE PROPOSED PURCHASER OR WINNING BIDDER OR ANY OF THE PURCHASED ASSETS OR ANY OTHER ASSIGNEE OF THE RELEVANT CONTRACT ARISING FROM, RELATED TO OR BASED ON ANY ACTUAL OR ALLEGED DEFAULT OR BREACH BY ANY OF THE DEBTORS OF ANY DUTY, OBLIGATION OR REPRESENTATION TO ANY PERSON OR ENTITY AT ANY TIME, RELATED IN ANY WAY TO SUCH CONTRACT, INCLUDING WITHOUT LIMITATION ANY (I) CLAIM FOR INDEMNIFICATION AGAINST PROPOSED PURCHASER UNDER SUCH CONTRACT BASED ON OR ARISING FROM ANY BREACH BY ANY DEBTOR OF ANY DUTY, OBLIGATION OR REPRESENTATION TO ANY PERSON OR ENTITY AT ANY TIME AND (II) CLAIM AGAINST PROPOSED PURCHASER OR ANY PURCHASED ASSETS UNDER ANY SUCCESSOR LIABILITY OR OTHER THEORY OF ANY TYPE WHATSOEVER THAT RELATES TO OR ARISES FROM ANY ACTS, OMISSIONS OR CONDUCT OF THE ANY OF THE DEBTORS, IN ANY AMOUNT THAT IS GREATER THAN THE CURE AMOUNT SET FORTH ON EXHIBIT 1, AND (D) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR CONTRACT TO THE PROPOSED PURCHASER OR THE WINNING BIDDER AS PART OF THE SALE (SUBJECT TO YOUR ABILITY TO OBJECT TO WHETHER THE WINNING BIDDER (OTHER THAN THE PROPOSED PURCHASER) CAN PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE).**

11. The presence of a Contract listed on **Exhibit 1** attached hereto does not constitute an admission that such contract is an executory contract or that such contract or lease will be assumed and assigned as part of the Sale. The Debtors reserve all of their respective rights, claims and causes of action with respect to the Contracts listed on **Exhibit 1** attached hereto.

Date: July 30, 2015
    Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Amanda R. Steele*
Russell C. Silberglied (No. 3462)
Michael J. Merchant (No. 3854
Zachary I. Shapiro (No. 5103 )
Amanda R. Steele (No. 5530)
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
Email: silberglied@rlf.com
      merchant@rlf.com
      shapiro@rlf.com
      steele@rlf.com

Proposed Counsel for the Debtors and Debtors in Possession

# **EXHIBIT 1**

**Schedule of Contracts and Cure Amounts**

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Aaron Anweiler | Investment Advisory Agreement | Address on File | $0.00 |
| Adderholt, David | Investment Advisory Agreement | Address on File | $0.00 |
| Ali Shirkhoda, M.D. | Investment Advisory Agreement | Address on File | $0.00 |
| Alison Lalli-Wilson | Investment Advisory Agreement | Address on File | $0.00 |
| Almodovar, Angel & Cynthia | Investment Advisory Agreement | Address on File | $0.00 |
| Amy Kennedy | Investment Advisory Agreement | Address on File | $0.00 |
| Anderson, Russell | Investment Advisory Agreement | Address on File | $0.00 |
| Angela Finney | Investment Advisory Agreement | Address on File | $0.00 |
| Annette Cryder | Investment Advisory Agreement | Address on File | $0.00 |
| Anthony W. Neidinger | Investment Advisory Agreement | Address on File | $0.00 |
| Arthur F. von der Linden Jr. Revocable Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Aslinger, Gary | Investment Advisory Agreement | Address on File | $0.00 |
| August Luedecke | Investment Advisory Agreement | Address on File | $0.00 |
| Babecki, David | Investment Advisory Agreement | Address on File | $0.00 |
| Barbara Jones | Investment Advisory Agreement | Address on File | $0.00 |
| Barry W. Dagan Family Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Barry W. Dagan Family Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Barton, Thomas | Investment Advisory Agreement | Address on File | $0.00 |
| Betty Keane | Investment Advisory Agreement | Address on File | $0.00 |
| Beverly Yurchiak | Investment Advisory Agreement | Address on File | $0.00 |
| Bevery Smith | Investment Advisory Agreement | Address on File | $0.00 |
| Bilbrey, Shelley | Investment Advisory Agreement | Address on File | $0.00 |
| Bonnie L. Scallon | Investment Advisory Agreement | Address on File | $0.00 |
| Brian Mooney | Investment Advisory Agreement | Address on File | $0.00 |
| Brinkerhoff, Charles | Investment Advisory Agreement | Address on File | $0.00 |
| Brown, James | Investment Advisory Agreement | Address on File | $0.00 |
| Bruce & Beverly Diese | Investment Advisory Agreement | Address on File | $0.00 |
| Brust, Kervon | Investment Advisory Agreement | Address on File | $0.00 |
| CALHOUN  ROBERT | Investment Advisory Agreement | Address on File | $0.00 |
| Callison , John | Investment Advisory Agreement | Address on File | $0.00 |
| Callison, James | Investment Advisory Agreement | Address on File | $0.00 |
| Callison, Patricia | Investment Advisory Agreement | Address on File | $0.00 |
| Callison, Patricia | Investment Advisory Agreement | Address on File | $0.00 |
| CANNON  MAXINE   C | Investment Advisory Agreement | Address on File | $0.00 |
| Canterbury, Carol & Robert | Investment Advisory Agreement | Address on File | $0.00 |
| Canterbury, Carol & Robert | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Canterbury, Carol & Robert | Investment Advisory Agreement | Address on File | $0.00 |
| Carolyn Jean Schamblin | Investment Advisory Agreement | Address on File | $0.00 |
| Carolyn Mahon | Investment Advisory Agreement | Address on File | $0.00 |
| Carolyn S Mahon | Investment Advisory Agreement | Address on File | $0.00 |
| CASCO  JUDITH | Investment Advisory Agreement | Address on File | $0.00 |
| Cathy Thomas IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Chad Gerbick | Investment Advisory Agreement | Address on File | $0.00 |
| Cheryl and Jeffery Reese | Investment Advisory Agreement | Address on File | $0.00 |
| Christmas, Bobby | Investment Advisory Agreement | Address on File | $0.00 |
| Christyn B. Olmstead IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Cindy Lee Scott | Investment Advisory Agreement | Address on File | $0.00 |
| Clark, George | Investment Advisory Agreement | Address on File | $0.00 |
| Clint E. Newman | Investment Advisory Agreement | Address on File | $0.00 |
| CLUTE  BRENT | Investment Advisory Agreement | Address on File | $0.00 |
| Colleen Davis | Investment Advisory Agreement | Address on File | $0.00 |
| Coppinger, Ronald | Investment Advisory Agreement | Address on File | $0.00 |
| Corbett Special Needs Trust | Investment Advisory Agreement | Address on File | $0.00 |
| CRKS Family Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Dabney G. Treacy | Investment Advisory Agreement | Address on File | $0.00 |
| Daniel Hogan | Investment Advisory Agreement | Address on File | $0.00 |
| David & Brenda Lietz | Investment Advisory Agreement | Address on File | $0.00 |
| David A. Meeker | Investment Advisory Agreement | Address on File | $0.00 |
| David C. Landever | Investment Advisory Agreement | Address on File | $0.00 |
| David England | Investment Advisory Agreement | Address on File | $0.00 |
| David L. Vandyke | Investment Advisory Agreement | Address on File | $0.00 |
| Dawn Pendley | Investment Advisory Agreement | Address on File | $0.00 |
| DAY  ELWIN | Investment Advisory Agreement | Address on File | $0.00 |
| Deborah L. Deskavich | Investment Advisory Agreement | Address on File | $0.00 |
| Deborah L. Deskavich | Investment Advisory Agreement | Address on File | $0.00 |
| Deborah L. Stinson | Investment Advisory Agreement | Address on File | $0.00 |
| Deborah M. Strang | Investment Advisory Agreement | Address on File | $0.00 |
| Deborah Stacklin | Investment Advisory Agreement | Address on File | $0.00 |
| Deborah Weckler | Investment Advisory Agreement | Address on File | $0.00 |
| Dech, Judith | Investment Advisory Agreement | Address on File | $0.00 |
| Dennis & Jill McNulty | Investment Advisory Agreement | Address on File | $0.00 |
| Dennis E Follmer | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Dennis E Follmer | Investment Advisory Agreement | Address on File | $0.00 |
| Dennis McNulty | Investment Advisory Agreement | Address on File | $0.00 |
| DENNY  GARY | Investment Advisory Agreement | Address on File | $0.00 |
| DENNY  JUDY | Investment Advisory Agreement | Address on File | $0.00 |
| Diana Robinson | Investment Advisory Agreement | Address on File | $0.00 |
| Dintsch, William | Investment Advisory Agreement | Address on File | $0.00 |
| Donald E. Hallam IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Donald E. Hallam Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Donald S. Walker & Margaret R. Walker | Investment Advisory Agreement | Address on File | $0.00 |
| Donna Everhart | Investment Advisory Agreement | Address on File | $0.00 |
| Donna Harrigan | Investment Advisory Agreement | Address on File | $0.00 |
| Dorathy Newsome Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Dorathy Newsome Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Douglas P. Black | Investment Advisory Agreement | Address on File | $0.00 |
| Dreeszen, Raymond | Investment Advisory Agreement | Address on File | $0.00 |
| DURKIN  KELLY | Investment Advisory Agreement | Address on File | $0.00 |
| EAGLE  VINCENT  R | Investment Advisory Agreement | Address on File | $0.00 |
| Edward & Dawn D'Alelio | Investment Advisory Agreement | Address on File | $0.00 |
| Edward Desonne | Investment Advisory Agreement | Address on File | $0.00 |
| Elizabeth A. Olmstead IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Emily L. Meyer | Investment Advisory Agreement | Address on File | $0.00 |
| Estela Teresita Menendez Smith | Investment Advisory Agreement | Address on File | $0.00 |
| Eugene McCarthy | Investment Advisory Agreement | Address on File | $0.00 |
| FBO Clark Cavo | Investment Advisory Agreement | Address on File | $0.00 |
| FBO Paul Cavo | Investment Advisory Agreement | Address on File | $0.00 |
| Ford, Peran Jed & Jerri I | Investment Advisory Agreement | Address on File | $0.00 |
| Foster, Elizabeth | Investment Advisory Agreement | Address on File | $0.00 |
| FOX  THOMAS | Investment Advisory Agreement | Address on File | $0.00 |
| Frances M. Hickey | Investment Advisory Agreement | Address on File | $0.00 |
| Francis Klotz | Investment Advisory Agreement | Address on File | $0.00 |
| Frank, Lynn | Investment Advisory Agreement | Address on File | $0.00 |
| Freeman, Sarah | Investment Advisory Agreement | Address on File | $0.00 |
| Gary Stavella | Investment Advisory Agreement | Address on File | $0.00 |
| Gerraughty, June & Robert | Investment Advisory Agreement | Address on File | $0.00 |
| Glenn W. Smith | Investment Advisory Agreement | Address on File | $0.00 |
| GRALL  PAMELA J | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Gravitt, Odis | Investment Advisory Agreement | Address on File | $0.00 |
| Griner, Stephen | Investment Advisory Agreement | Address on File | $0.00 |
| Grobovsky, Nancy | Investment Advisory Agreement | Address on File | $0.00 |
| Gwin, Gerald | Investment Advisory Agreement | Address on File | $0.00 |
| Hairsine, Ralph & Jennifer | Investment Advisory Agreement | Address on File | $0.00 |
| HALLAHAN  MAUREEN | Investment Advisory Agreement | Address on File | $0.00 |
| Hamrick Brandon, Amy | Investment Advisory Agreement | Address on File | $0.00 |
| Hamrick, Cynthia | Investment Advisory Agreement | Address on File | $0.00 |
| Hamrick, Cynthia | Investment Advisory Agreement | Address on File | $0.00 |
| Hamrick, Cynthia | Investment Advisory Agreement | Address on File | $0.00 |
| Hamrick, Robert | Investment Advisory Agreement | Address on File | $0.00 |
| Hands, Gregory J & Joyce E | Investment Advisory Agreement | Address on File | $0.00 |
| Hardy, Kyle & Mitzi | Investment Advisory Agreement | Address on File | $0.00 |
| Hartwig, Patricia | Investment Advisory Agreement | Address on File | $0.00 |
| Hile, David & Deborah | Investment Advisory Agreement | Address on File | $0.00 |
| Hillard, C. Pat | Investment Advisory Agreement | Address on File | $0.00 |
| Hoover, Ronald & Kathleen | Investment Advisory Agreement | Address on File | $0.00 |
| Howard & Joan B. Gellis | Investment Advisory Agreement | Address on File | $0.00 |
| Hughes, Suzann | Investment Advisory Agreement | Address on File | $0.00 |
| Inserra, Robert & Unnan | Investment Advisory Agreement | Address on File | $0.00 |
| Jack & Kathleen Teagle | Investment Advisory Agreement | Address on File | $0.00 |
| Jacobs, Mina | Investment Advisory Agreement | Address on File | $0.00 |
| Jacqueline Ponsky | Investment Advisory Agreement | Address on File | $0.00 |
| Jacqueline Ponsky IM TR UD Zachary Ponsky | Investment Advisory Agreement | Address on File | $0.00 |
| James A Laurich | Investment Advisory Agreement | Address on File | $0.00 |
| James B. Hickey | Investment Advisory Agreement | Address on File | $0.00 |
| James Corbett | Investment Advisory Agreement | Address on File | $0.00 |
| James Deam | Investment Advisory Agreement | Address on File | $0.00 |
| James R Seiler | Investment Advisory Agreement | Address on File | $0.00 |
| James T. O'Brien | Investment Advisory Agreement | Address on File | $0.00 |
| Jane Lance | Investment Advisory Agreement | Address on File | $0.00 |
| Janet E. Palcko | Investment Advisory Agreement | Address on File | $0.00 |
| Janet Petro | Investment Advisory Agreement | Address on File | $0.00 |
| Janssen, Gwen | Investment Advisory Agreement | Address on File | $0.00 |
| Jeanne Kenyon-Farrington | Investment Advisory Agreement | Address on File | $0.00 |
| Jeanne Williams | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Jed Weisman | Investment Advisory Agreement | Address on File | $0.00 |
| Jeffrey Jones | Investment Advisory Agreement | Address on File | $0.00 |
| Jeffrey L. Welaish IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Jeffrey Litz | Investment Advisory Agreement | Address on File | $0.00 |
| Jeffrey Plopa | Investment Advisory Agreement | Address on File | $0.00 |
| Jeffrey Ponsky | Investment Advisory Agreement | Address on File | $0.00 |
| Jeffrey Ponsky Rev. Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Jennifer Wiseley | Investment Advisory Agreement | Address on File | $0.00 |
| Jill Jones & Tim Patterson | Investment Advisory Agreement | Address on File | $0.00 |
| Jill McNulty | Investment Advisory Agreement | Address on File | $0.00 |
| Joelle McIlroy | Investment Advisory Agreement | Address on File | $0.00 |
| John & Joy Tomko Living Trust | Investment Advisory Agreement | Address on File | $0.00 |
| John A Buxton P/S/P | Investment Advisory Agreement | Address on File | $0.00 |
| John A Smith | Investment Advisory Agreement | Address on File | $0.00 |
| John Caver | Investment Advisory Agreement | Address on File | $0.00 |
| John Smith & Beverly Smith Trust | Investment Advisory Agreement | Address on File | $0.00 |
| JOHNSON  JOYCE | Investment Advisory Agreement | Address on File | $0.00 |
| Jonathan Lance | Investment Advisory Agreement | Address on File | $0.00 |
| Jose Valle | Investment Advisory Agreement | Address on File | $0.00 |
| Joshua B Rubin | Investment Advisory Agreement | Address on File | $0.00 |
| Judith Esterle | Investment Advisory Agreement | Address on File | $0.00 |
| Judy A. Joyce | Investment Advisory Agreement | Address on File | $0.00 |
| JUST  JERRY | Investment Advisory Agreement | Address on File | $0.00 |
| JUST  SANDRA | Investment Advisory Agreement | Address on File | $0.00 |
| Kathleen Konopa | Investment Advisory Agreement | Address on File | $0.00 |
| Kathleen M. Teagle | Investment Advisory Agreement | Address on File | $0.00 |
| Kathy Martin IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Kathy Watkins | Investment Advisory Agreement | Address on File | $0.00 |
| Kendall Phills Ttee | Investment Advisory Agreement | Address on File | $0.00 |
| Kevin E. Kaylor | Investment Advisory Agreement | Address on File | $0.00 |
| KINDIG  DOUG | Investment Advisory Agreement | Address on File | $0.00 |
| Kirchner, Cliff | Investment Advisory Agreement | Address on File | $0.00 |
| Koonce Special Needs Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Lafayette Oilfield Contractors, Inc. | Investment Advisory Agreement | Address on File | $0.00 |
| Larry E. Logan | Investment Advisory Agreement | Address on File | $0.00 |
| Larry Zook | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| LATTA VICKI | Investment Advisory Agreement | Address on File | $0.00 |
| Laura J. Corbett | Investment Advisory Agreement | Address on File | $0.00 |
| Laura Kessler | Investment Advisory Agreement | Address on File | $0.00 |
| Laurie W Howell | Investment Advisory Agreement | Address on File | $0.00 |
| Leroy Derr IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Li He | Investment Advisory Agreement | Address on File | $0.00 |
| Li He | Investment Advisory Agreement | Address on File | $0.00 |
| Lincoln, Glenn & Anne | Investment Advisory Agreement | Address on File | $0.00 |
| Linda Etcher | Investment Advisory Agreement | Address on File | $0.00 |
| Mahan, Richard | Investment Advisory Agreement | Address on File | $0.00 |
| Marcia L. Lewin | Investment Advisory Agreement | Address on File | $0.00 |
| Marcy D. Goldberg | Investment Advisory Agreement | Address on File | $0.00 |
| Marcy P Ettlinger | Investment Advisory Agreement | Address on File | $0.00 |
| Margaret Bender | Investment Advisory Agreement | Address on File | $0.00 |
| Margaret K. Love | Investment Advisory Agreement | Address on File | $0.00 |
| Margene Rannigan | Investment Advisory Agreement | Address on File | $0.00 |
| Maria Valle | Investment Advisory Agreement | Address on File | $0.00 |
| Martenson, Myron | Investment Advisory Agreement | Address on File | $0.00 |
| Martha Petro | Investment Advisory Agreement | Address on File | $0.00 |
| Mary H. Ricci Irrevocable Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Mary Ide | Investment Advisory Agreement | Address on File | $0.00 |
| Mary Kenneley | Investment Advisory Agreement | Address on File | $0.00 |
| Matheny, Jerry & Verma | Investment Advisory Agreement | Address on File | $0.00 |
| Matthew Schreiber | Investment Advisory Agreement | Address on File | $0.00 |
| Matthew & Sandra Scherer | Investment Advisory Agreement | Address on File | $0.00 |
| Matthew R. Landon | Investment Advisory Agreement | Address on File | $0.00 |
| Matthew R. Landon | Investment Advisory Agreement | Address on File | $0.00 |
| McCaleb, Richard | Investment Advisory Agreement | Address on File | $0.00 |
| McGaughey, Larry | Investment Advisory Agreement | Address on File | $0.00 |
| McGlohon, Jennifer | Investment Advisory Agreement | Address on File | $0.00 |
| McWhorter, Mark | Investment Advisory Agreement | Address on File | $0.00 |
| Meadowbrook Properties | Investment Advisory Agreement | Address on File | $0.00 |
| Melton, Lisa | Investment Advisory Agreement | Address on File | $0.00 |
| Michael A Bodish | Investment Advisory Agreement | Address on File | $0.00 |
| Michael Andrzejewski | Investment Advisory Agreement | Address on File | $0.00 |
| Michael DellaBarca IRA | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Michael Everhart | Investment Advisory Agreement | Address on File | $0.00 |
| Michael Pytlak Rev Living Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Michael Spence | Investment Advisory Agreement | Address on File | $0.00 |
| Mike Smith | Investment Advisory Agreement | Address on File | $0.00 |
| Mike Swan | Investment Advisory Agreement | Address on File | $0.00 |
| Moore, Frankie Sue | Investment Advisory Agreement | Address on File | $0.00 |
| Murdock, Nelda | Investment Advisory Agreement | Address on File | $0.00 |
| Murray Rebner IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Muzeyyen Hulya Petrillo Liv Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Nacy L. Patterson | Investment Advisory Agreement | Address on File | $0.00 |
| Nancy Desonne | Investment Advisory Agreement | Address on File | $0.00 |
| Nancy L. Abel | Investment Advisory Agreement | Address on File | $0.00 |
| Nate Williams | Investment Advisory Agreement | Address on File | $0.00 |
| Nate Williams | Investment Advisory Agreement | Address on File | $0.00 |
| Newton, Pamela | Investment Advisory Agreement | Address on File | $0.00 |
| Newton, Pamela | Investment Advisory Agreement | Address on File | $0.00 |
| Norma Jean Carson | Investment Advisory Agreement | Address on File | $0.00 |
| NORTHROP  BILL | Investment Advisory Agreement | Address on File | $0.00 |
| O'Neal, Cheryl | Investment Advisory Agreement | Address on File | $0.00 |
| Op Eng Annuity - F Squared Capital | Investment Advisory Agreement | Address on File | $0.00 |
| Op Eng H & W - F Squared Capital | Investment Advisory Agreement | Address on File | $0.00 |
| Orndoff, Dale | Investment Advisory Agreement | Address on File | $0.00 |
| OSTROVSKI  BOBBIE | Investment Advisory Agreement | Address on File | $0.00 |
| Page, Jo Marie | Investment Advisory Agreement | Address on File | $0.00 |
| Palmgren, Matthew | Investment Advisory Agreement | Address on File | $0.00 |
| Pamela J. Wright IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Parks, William | Investment Advisory Agreement | Address on File | $0.00 |
| Parnell, James | Investment Advisory Agreement | Address on File | $0.00 |
| Parnell, James | Investment Advisory Agreement | Address on File | $0.00 |
| Patricia Bartoloni | Investment Advisory Agreement | Address on File | $0.00 |
| PATTERSON  JEFFREY B | Investment Advisory Agreement | Address on File | $0.00 |
| Patton A. Teagle | Investment Advisory Agreement | Address on File | $0.00 |
| Paul Ettlinger | Investment Advisory Agreement | Address on File | $0.00 |
| Paul W Johnson Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Paul, Thomas | Investment Advisory Agreement | Address on File | $0.00 |
| PEARSON  TIMOTHY | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| PEEREN  JOHANNA | Investment Advisory Agreement | Address on File | $0.00 |
| Pershing | Master Manager Agreement | Address on File | $9,933.66 |
| Peter G. Szanto | Investment Advisory Agreement | Address on File | $0.00 |
| Petrowsky Family Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Phyllis Allen | Investment Advisory Agreement | Address on File | $0.00 |
| PRIDDY  JERI | Investment Advisory Agreement | Address on File | $0.00 |
| Priscilla Metzger | Investment Advisory Agreement | Address on File | $0.00 |
| Purdy, Scott & Cynthia | Investment Advisory Agreement | Address on File | $0.00 |
| QUIGLEY  THEA | Investment Advisory Agreement | Address on File | $0.00 |
| R. Peter Landon | Investment Advisory Agreement | Address on File | $0.00 |
| R. Peter Landon | Investment Advisory Agreement | Address on File | $0.00 |
| Rankin Hayes, Joan | Investment Advisory Agreement | Address on File | $0.00 |
| Raymond J McMahon | Investment Advisory Agreement | Address on File | $0.00 |
| REILLY  LORI  M | Investment Advisory Agreement | Address on File | $0.00 |
| REINEN  PHYLLIS | Investment Advisory Agreement | Address on File | $0.00 |
| REYNIER  KEVIN/PAM | Investment Advisory Agreement | Address on File | $0.00 |
| Rhodes, Lance | Investment Advisory Agreement | Address on File | $0.00 |
| Rhodes, Lance | Investment Advisory Agreement | Address on File | $0.00 |
| RICE  SHIRLEY H | Investment Advisory Agreement | Address on File | $0.00 |
| Richard Rivkin | Investment Advisory Agreement | Address on File | $0.00 |
| Richard Rivkin | Investment Advisory Agreement | Address on File | $0.00 |
| Richard Wilson | Investment Advisory Agreement | Address on File | $0.00 |
| Richards, Gregg | Investment Advisory Agreement | Address on File | $0.00 |
| Robert & Dorothy Zimmerman | Investment Advisory Agreement | Address on File | $0.00 |
| Robert A Bowell | Investment Advisory Agreement | Address on File | $0.00 |
| Robert J. Klahn IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Robert M. & Beatriz Martinez - Sperry | Investment Advisory Agreement | Address on File | $0.00 |
| Robert Maruardt | Investment Advisory Agreement | Address on File | $0.00 |
| Robert P. Robinson | Investment Advisory Agreement | Address on File | $0.00 |
| Robert Pine | Investment Advisory Agreement | Address on File | $0.00 |
| Robert Pine | Investment Advisory Agreement | Address on File | $0.00 |
| Robert Shaffer | Investment Advisory Agreement | Address on File | $0.00 |
| Robinson, Mark | Investment Advisory Agreement | Address on File | $0.00 |
| Roddy, Timothy | Investment Advisory Agreement | Address on File | $0.00 |
| Roger B Finney Irrevocable Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Roger Crozier | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Ronald Poltrone | Investment Advisory Agreement | Address on File | $0.00 |
| Ronnie Adams | Investment Advisory Agreement | Address on File | $0.00 |
| ROOT  DEANNA | Investment Advisory Agreement | Address on File | $0.00 |
| Rosalyn Gay Contribtory IRA | Investment Advisory Agreement | Address on File | $0.00 |
| ROSS  MICHAEL | Investment Advisory Agreement | Address on File | $0.00 |
| Roth, Melissa | Investment Advisory Agreement | Address on File | $0.00 |
| RREYNIER RONAL | Investment Advisory Agreement | Address on File | $0.00 |
| Rubin Investment Company | Investment Advisory Agreement | Address on File | $0.00 |
| Ryan Anderson UTMA FBO H.R. Anderson | Investment Advisory Agreement | Address on File | $0.00 |
| Sabata, Marjorie | Investment Advisory Agreement | Address on File | $0.00 |
| Sandra Scherer GDN for Mason Scherer | Investment Advisory Agreement | Address on File | $0.00 |
| Sara L. Christian Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Sarkin, Bruce | Investment Advisory Agreement | Address on File | $0.00 |
| Saunders, Mark | Investment Advisory Agreement | Address on File | $0.00 |
| Schupp, Barbara | Investment Advisory Agreement | Address on File | $0.00 |
| Schupp, Barbara | Investment Advisory Agreement | Address on File | $0.00 |
| Scott & Barbara Megorden | Investment Advisory Agreement | Address on File | $0.00 |
| Secor, Ambrose | Investment Advisory Agreement | Address on File | $0.00 |
| Sentell, Mark | Investment Advisory Agreement | Address on File | $0.00 |
| SHAFFER  MARILYN | Investment Advisory Agreement | Address on File | $0.00 |
| Shannon, Judith | Investment Advisory Agreement | Address on File | $0.00 |
| Sharon V. Klahn IRA | Investment Advisory Agreement | Address on File | $0.00 |
| Sharp, Harold | Investment Advisory Agreement | Address on File | $0.00 |
| Sharp, Harold | Investment Advisory Agreement | Address on File | $0.00 |
| Sherron L Shuey | Investment Advisory Agreement | Address on File | $0.00 |
| Shoffner Family Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Simms, Claude | Investment Advisory Agreement | Address on File | $0.00 |
| Simon, Joyce | Investment Advisory Agreement | Address on File | $0.00 |
| SMITH  STEPHEN | Investment Advisory Agreement | Address on File | $0.00 |
| Smith, Mary | Investment Advisory Agreement | Address on File | $0.00 |
| Snider, Harriet | Investment Advisory Agreement | Address on File | $0.00 |
| Soraya Diase Coffelt | Investment Advisory Agreement | Address on File | $0.00 |
| SOUDERS  MARK | Investment Advisory Agreement | Address on File | $0.00 |
| SOUTH BREVARD WOMENS | Investment Advisory Agreement | Address on File | $0.00 |
| Stephen Harrigan | Investment Advisory Agreement | Address on File | $0.00 |
| Stephen J. Ricci | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Stephen J. Ricci Indenture of Trust | Investment Advisory Agreement | Address on File | $0.00 |
| Stephens, Sonya | Investment Advisory Agreement | Address on File | $0.00 |
| Stokes, Patrick | Investment Advisory Agreement | Address on File | $0.00 |
| Strazzanti, Dominic | Investment Advisory Agreement | Address on File | $0.00 |
| Suttle, J. Freeman | Investment Advisory Agreement | Address on File | $0.00 |
| Tania Younkin & Andrew Koonce | Investment Advisory Agreement | Address on File | $0.00 |
| Terry L. Thomas | Investment Advisory Agreement | Address on File | $0.00 |
| THOMAS  LEAH S | Investment Advisory Agreement | Address on File | $0.00 |
| Thomas A. Jewett | Investment Advisory Agreement | Address on File | $0.00 |
| Thomas Everhart | Investment Advisory Agreement | Address on File | $0.00 |
| Thomas F. Remington | Investment Advisory Agreement | Address on File | $0.00 |
| Thomas Gant | Investment Advisory Agreement | Address on File | $0.00 |
| Thomas J. Everhart | Investment Advisory Agreement | Address on File | $0.00 |
| Thomas Remington | Investment Advisory Agreement | Address on File | $0.00 |
| Tillman, Ansley | Investment Advisory Agreement | Address on File | $0.00 |
| Tim Patterson | Investment Advisory Agreement | Address on File | $0.00 |
| Timothy J LaPorte | Investment Advisory Agreement | Address on File | $0.00 |
| Tyson, Neil & Wilma | Investment Advisory Agreement | Address on File | $0.00 |
| Van D. Olmstead | Investment Advisory Agreement | Address on File | $0.00 |
| Vann, James & Lindsay | Investment Advisory Agreement | Address on File | $0.00 |
| Vann, Steve | Investment Advisory Agreement | Address on File | $0.00 |
| Vicki Dininger | Investment Advisory Agreement | Address on File | $0.00 |
| Vicki K Leonard | Investment Advisory Agreement | Address on File | $0.00 |
| Vicki M. Dininger Guardian for Daniel A. Deininger | Investment Advisory Agreement | Address on File | $0.00 |
| Virgil Stutler | Investment Advisory Agreement | Address on File | $0.00 |
| Virginia McDonagh | Investment Advisory Agreement | Address on File | $0.00 |
| W. Kirk Hopkins | Investment Advisory Agreement | Address on File | $0.00 |
| Waldron, Daniel | Investment Advisory Agreement | Address on File | $0.00 |
| Wayne William Lamorte | Investment Advisory Agreement | Address on File | $0.00 |
| WESTERFELD  DAVID | Investment Advisory Agreement | Address on File | $0.00 |
| Wildern, Kent | Investment Advisory Agreement | Address on File | $0.00 |
| Willem Duyvesteyn IRA | Investment Advisory Agreement | Address on File | $0.00 |
| William A. Masters | Investment Advisory Agreement | Address on File | $0.00 |
| William Parker | Investment Advisory Agreement | Address on File | $0.00 |
| Wiseley, Jack | Investment Advisory Agreement | Address on File | $0.00 |
| Wood, Charles | Investment Advisory Agreement | Address on File | $0.00 |

| Client Name | Agreement Name | Mailing Address | Cure Amount |
|---|---|---|---|
| Young, Ferdinand | Investment Advisory Agreement | Address on File | $0.00 |
| Zachary & Taryn Ponsky | Investment Advisory Agreement | Address on File | $0.00 |
| ZANINOVICH  PAMELA | Investment Advisory Agreement | Address on File | $0.00 |
| ZELLER  CARINA | Investment Advisory Agreement | Address on File | $0.00 |