### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF  Delaware

In re  F-Squared Investment Management, LLC et al.　　　Case No.  15-11469 (LSS)

Reporting Period:  July 8, 2015 through July 31, 2015

### MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | ✓ | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | ✓ | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

/s/David N. Phelps
_____
Signature of Authorized Individual*

August 31, 2015
_____
Date

David N. Phelps
_____
Printed Name of Authorized Individual

Chief Restructuring Officer
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES
Case No. 15-11469 LSS
MOR-1
Reporting period: 7/6/15 - 7/31/15
Consolidating Schedules of Receipts and Disbursements

| | Case No. 15-11469 F-Squared Investment Management, LLC | Case No. 15-11470 F-Squared Investments, Inc | Case No. 15-11473 F-Squared Alternative Investments, LLC | Case No. 15-11475 F-Squared Institutional Advisors, LLC | Case No. 15-11474 F-Squared Solutions, LLC | Case No. 15-11471 F-Squared Retirement, LLC | Case No. 15-11476 F-Squared Capital, LLC | Case No. 15-11478 Active Index Solutions, LLC | Case No. 15-11477 Alphasector LLS GP1, LLC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts / Operating Accounts** | | | | | | | | | | |
| Client payments | $2,239,449.88 | $289,996.94 | | | | | $162,220.92 | | | $2,691,667.64 |
| Tax refund | | $0.00 | | | | | | | | $0.00 |
| Cobra reimbursements | | $14,212.41 | | | | | | | | $14,212.41 |
| Incubated strategy reduction | | $25,000.00 | | | | | | | | $25,000.00 |
| Intercompany transfer | | $200,000.00 | | | | | | | | $200,000.00 |
| Loan payment | | $920.83 | | | | | | | | $920.83 |
| Games room furniture | | $1,375.00 | | | | | | | | $1,375.00 |
| Vendor refund | | $24,436.84 | | | | | | | | $24,436.84 |
| **Total Cash Receipts** | $2,239,449.88 | $555,941.92 | $0.00 | $0.00 | $0.00 | $0.00 | $162,220.92 | $0.00 | $0.00 | $2,957,612.72 |
| **Operating Disbursements** | | | | | | | | | | |
| License fees & Commissions | | $0.00 | | | | | $0.00 | | | $0.00 |
| Employee Compensation | | $409,388.58 | | | | | | | | $409,388.58 |
| Severance Obligations | | $0.00 | | | | | | | | $0.00 |
| Vacation payout | | $0.00 | | | | | | | | $0.00 |
| Employee Benefits including COBRA and 401k | | $140,042.17 | | | | | | | | $140,042.17 |
| Data Subs, Licensing, and Research | | $52,196.66 | | | | | | | | $52,196.66 |
| T&E Expense | | $4,332.27 | | | | | | | | $4,332.27 |
| Public Relations Retainer | | $0.00 | | | | | | | | $0.00 |
| Ordinary Course Professionals | | $0.00 | | | | | | | | $0.00 |
| Consultants | | $54,945.45 | | | | | | | | $54,945.45 |
| Accounting Fees | | $0.00 | | | | | | | | $0.00 |
| Rent Expense | | $55,614.29 | | | | | | | | $55,614.29 |
| Client Reimbursements | | | | | | | $65.51 | | | $65.51 |
| Other Expenses and Contingencies | | $42,857.56 | | | | | | | | $42,857.56 |
| Intercompany transfers | $200,000.00 | $0.00 | | | | | | | | $200,000.00 |
| **Sub-Total Operating Disbursements** | $200,000.00 | $759,376.98 | $0.00 | $0.00 | $0.00 | $0.00 | $65.51 | $0.00 | $0.00 | $959,442.49 |
| **Restructuring** | | | | | | | | | | |
| Restructuring Professionals | | | | | | | | | | $0.00 |
| US Trustee Fees | | | | | | | | | | $0.00 |
| **Sub-Total Restructuring** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Disbursements** | $200,000.00 | $759,376.98 | $0.00 | $0.00 | $0.00 | $0.00 | $65.51 | $0.00 | $0.00 | $959,442.49 |
| Beginning cash 7/7/2015 | $2,965,330.63 | $381,656.92 | $0.00 | $0.00 | $0.00 | $0.00 | $271,559.16 | $0.00 | $0.00 | $3,618,546.71 |
| Ending Cash 7/31/2015 | $5,004,780.51 | $178,221.86 | $0.00 | $0.00 | $0.00 | $0.00 | $433,714.57 | $0.00 | $0.00 | $5,616,716.94 |
| Total Disbursements | $200,000.00 | $759,376.98 | $0.00 | $0.00 | $0.00 | $0.00 | $65.51 | $0.00 | $0.00 | $959,442.49 |
| Less: Transfers to Debtor in Possession Accounts | -$200,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$200,000.00 |
| Plus: Estate disbursements made by outside sources (escrow accounts) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Plus: Allocation of disbursements by entity for calculation of Trustee Fee only | $44,090.70 | -$44,090.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total disbursements for calculating the US Trustee Quarterly Fees | $44,090.70 | $715,286.28 | $0.00 | $0.00 | $0.00 | $0.00 | $65.51 | $0.00 | $0.00 | $759,442.49 |

**F-Squared Capital, LLC**
**People's Checking Account Bank Reconciliation**
**MOR-1a**
**Period ended July 31, 2015**

**Reconciliation Statement**

Company:     F-Squared Capital, LLC
Case No.     15-11476

| Account # | Account | Date | GL Balance | Bank Balance | Net Outstanding |
|---|---|---|---|---|---|
| 10105 | People's Checking - CAPLLC | 7/31/2015 | 433,714.57 | 433,714.57 | 0.00 |

**F-Squared Investments, Inc.**
**People's Money Market Account Bank Reconciliation**
**MOR-1a**
**Period ended July 31, 2015**

**Reconciliation Statement**

Company:  F-Squared Investments, Inc.
Case No.   15-11470

| Account # | Account | Date | G/L Balance | Bank Balance | Net Outstanding |
|-----------|---------|------|-------------|--------------|-----------------|
| 10115 | People's Money Market | 7/31/2015 | 255,872.38 | 255,872.38 | 0.00 |

**F-Squared Investments Inc.**
**People's Checking Account Bank Reconciliation**
**MOR-1a**
**Period ended July 31, 2015**

Reconciliation Statement

| Company: | F-Squared Investments, Inc. |
| Case No. | 15-11470 |

| **Account #** | **Account** |
| 10090 | People's Checking - INC |

| | | **Date** | **GL Balance** | **Bank Balance** | **Net Outstanding** |
| | | 7/31/2015 | 178,231.86 | 195,696.52 | -17,464.66 |

| Mod. | Batch Nbr. | Tran. Type | Doc. Date | Ref. Nbr. | Ext. Ref. | Customer/Vendor | ID | Rec. Date | Rec. Nbr. | Outstanding Receipt | Outstanding Disbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AP | 041595 | Check | 7/23/2015 | 008735 | 4399 | Anna Varalaska | AN9200 | | | | 12.00 |
| AP | 041897 | Check | 7/23/2015 | 008738 | 4400 | Carey Hoch | CA2100 | | | | 12.00 |
| AP | 042201 | Check | 7/29/2015 | 008742 | 4408 | CT Corporation | CT1000 | | | | 365.00 |
| AP | 042202 | Check | 7/29/2015 | 008743 | 4411 | Verizon Wireless - NJ - VF | VE1000 | | | | 105.37 |
| AP | 042203 | Check | 7/29/2015 | 008744 | 4409 | Unum Life Insurance Company of America | UN9000 | | | | 5,623.68 |
| AP | 042204 | Check | 7/29/2015 | 008745 | 4405 | Comcast - New Jersey | CO6500 | | | | 588.15 |
| AP | 042205 | Check | 7/29/2015 | 008746 | 4406 | Comcast - Trunk - New Jersey | CO6500 | | | | 283.09 |
| AP | 042206 | Check | 7/29/2015 | 008747 | 4410 | Verizon Wireless | VE7000 | | | | 608.40 |
| AP | 042207 | Check | 7/29/2015 | 008751 | 4403 | Comcast | CC2000 | | | | 356.56 |
| AP | 042208 | Check | 7/29/2015 | 008752 | 4404 | Comcast | CC2000 | | | | 109.49 |
| AP | 042209 | Check | 7/29/2015 | 008753 | 4407 | Comcast Trunk | CO3000 | | | | 4,337.80 |
| AP | 042236 | Check | 7/30/2015 | 008759 | 4414 | Comcast Trunk | CO3000 | | | | 1,077.62 |
| AP | 042237 | Check | 7/30/2015 | 008760 | 4415 | Dabney Treacy | DA1000 | | | | 189.35 |
| AP | 042238 | Check | 7/30/2015 | 008761 | 4424 | UPS | UP1000 | | | | 37.50 |
| AP | 042239 | Check | 7/30/2015 | 008762 | 4419 | Kastle Systems of Philadelphia | KA6500 | | | | 338.12 |
| AP | 042240 | Check | 7/30/2015 | 008763 | 4421 | Paul Koeniger | PA9000 | | | | 50.72 |
| AP | 042241 | Check | 7/30/2015 | 008764 | 4425 | William Thompson | WI2500 | | | | 113.61 |
| AP | 042242 | Check | 7/30/2015 | 008765 | 4423 | Richard Block | RI1100 | | | | 221.67 |
| AP | 042243 | Check | 7/30/2015 | 008766 | 4413 | Brian Fairhurst | BR9990 | | | | 534.02 |
| AP | 042244 | Check | 7/30/2015 | 008767 | 4422 | Rebecca Burke | RE9500 | | | | 255.72 |
| AP | 042245 | Check | 7/30/2015 | 008768 | 4420 | Mark Ramuno | MA9800 | | | | 1,113.76 |
| AP | 042246 | Check | 7/30/2015 | 008769 | 4416 | Daniel O'Brien | DA1100 | | | | 519.34 |
| AP | 042247 | Check | 7/30/2015 | 008770 | 4417 | John Greg Whitaker | JO9400 | | | | 578.56 |
| AP | 042248 | Check | 7/30/2015 | 008771 | 4418 | Karen Walsh | KA6300 | | | | 91.12 |
| AP | 042249 | Check | 7/30/2015 | 008772 | 4412 | Accu-Clean Janitorial Service, Inc. | AC9000 | | | | 82.13 |

| | | | | | | | **Posted to GL but not reconciled in selected Fin. Period:** | | | 0.00 | 17,464.66 |
| | | | | | | | **Cash Account Total:** | | | 0.00 | 17,464.66 |
| | | | | | | | **Difference:** | | | | -17,464.66 |

**F-Squared Investment Management, LLC**
**People's Checking Account Bank Reconciliation**
**MOR-1a**
**Period ended July 31, 2015**

**Reconciliation Statement**

Company:   F-Squared Investment Management, LLC
Case No.   15-11469

| Account # | Account | Date | G/L Balance | Bank Balance | Net Outstanding |
|-----------|---------|------|-------------|--------------|-----------------|
| 10100 | People's Checking - LLC | 7/31/2015 | 5,004,780.51 | 5,004,780.51 | 0.00 |



**F-SQUARED**
INVESTMENTS

To: United States Trustee

Re: Bank Account Attestation for F-Squared Investment, LLC and Subsidiaries as of July 31, 2015
Case No: 15-11469 LSS

I hereby attest to the following:

1. Bank statements for all of the accounts referenced below have been reconciled to the Debtor's books as of July 31, 2015:

| Case No. | Debtor | Bank | Account Name | A/C # | Month End Book Balance |
|---|---|---|---|---|---|
| 15-11476 | F-Squared Capital LLC | People's United Bank | Cash Management Checking | *0503 | 433,714.57 |
| 15-11470 | F-Squared Investments, Inc. | People's United Bank | Business Money Market | *9385 | 255,872.38 |
| 15-11470 | F-Squared Investments, Inc. | People's United Bank | Cash Management Checking | *0504 | 178,221.86 |
| 15-11470 | F-Squared Investments, Inc. | People's United Bank | Cash Management Checking | *0502 | 0.00 |
| 15-11470 | F-Squared Investments, Inc. | People's United Bank | Cash Management Checking | *0505 | 0.00 |
| 15-11469 | F-Squared Investment Management, LLC | People's United Bank | Cash Management Checking | *0506 | 5,004,780.51 |
| 15-11469 | F-Squared Investment Management, LLC | People's United Bank | Cash Management Checking | *0507 | 0.00 |
| 15-11469 | F-Squared Investment Management, LLC | People's United Bank | Cash Management Checking | *0499 | 0.00 |
| 15-11470 | F-Squared Investments, Inc. | Folio Institutional | Seeded Investment Account | *2500 | 24,258.19 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *7380 | 27,100.28 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *2317 | 24,497.25 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *4538 | 22,473.18 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *2856 | 21,406.64 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *6521 | .06 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *1055 | 31,836.92 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *6683 | 26,442.30 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *2339 | 25,063.68 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *4491 | .06 |
| 15-11470 | F-Squared Investments, Inc. | Charles Schwab | Seeded Investment Account | *8562 | 27,082.56 |
| 15-11477 | AlphaSector LLS GP 1, LLC | Interactive Brokers | AlphaSector LLS GP1, LLC investment in F-Squared U.S. Sector Opportunities Fund, LP | *4500 | 248,638.91 |

The undersigned hereby certifies as to the accuracy of the information contained in this attestation.

**F-Squared Investment Management, LLC and Subsidiaries**

**By:** /s/David N. Phelps

**Name:** David N. Phelps

**Title:** Chief Restructuring Officer

**F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES**
**Case No. 15-11469 LSS**
**MORE - 1b**
**Reporting period: 7/8/15 - 7/31/15**

This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Covered | Payor | Debtor | Check | | Amount Paid | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Note:  No disbursements related to case professional fees or expenses were made during the reporting period.

F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES
Case No. 15-11469 LSS
MOR-1b
Reporting period: 7/8/15 - 7/31/15

Cash Disbursement Journal

| Payer | Debtor | Ref. Nbr. | Status | Date | Vendor Vendor Name | Branch | Currency | Original Amt. | Base Amt. |
|---|---|---|---|---|---|---|---|---|---|
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008729 | Closed | 7/16/2015 | DA1000 Disney Treasy | INC | USD | 1,918.44 | 1,918.44 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008731 | Closed | 7/16/2015 | JG9400 John Greg Whitaker | INC | USD | 5,551.49 | 5,551.49 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008734 | Closed | 7/16/2015 | LA3000 LANDFALL Solutions LLC | INC | USD | 2,400.00 | 2,400.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008759 | Closed | 7/16/2015 | HO1500 Hosted Telecom Solutions Inc. | INC | USD | 1,797.00 | 1,797.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 042299 | Closed | 7/16/2015 | SE5000 Sentinel Benefits Group, LLC | INC | USD | 10,944.03 | 10,944.03 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 042426 | Closed | 7/16/2015 | AD2000 ADP, Inc. | INC | USD | 49,267.50 | 49,267.50 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 042426 | Closed | 7/16/2015 | AD2000 ADP, Inc. | INC | USD | 219.35 | 219.35 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 042426 | Closed | 7/16/2015 | AD2000 ADP, Inc. | INC | USD | 34,247.86 | 34,247.86 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008767 | Closed | 7/17/2015 | AL8000 Alaric Compliance Services, LLC | INC | USD | 24,545.45 | 24,545.45 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008767 | Closed | 7/17/2015 | AD2000 ADP, Inc. | INC | USD | 452.65 | 452.65 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008768 | Closed | 7/17/2015 | AD2000 ADP, Inc. | INC | USD | 281.25 | 281.25 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008732 | Closed | 7/20/2015 | ST1100 Sterling Corporation | INC | USD | 6,406.00 | 6,405.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008733 | Closed | 7/23/2015 | RL1000 RL Associates, Inc. | INC | USD | 620.00 | 620.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008736 | Closed | 7/23/2015 | CO8500 Celligo, LLC | INC | USD | 8,500.00 | 8,500.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008734 | Closed | 7/23/2015 | AN9500 Anna Varabaitina | INC | USD | 12.00 | 12.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008735 | Closed | 7/23/2015 | CA2100 Carey Hoch | INC | USD | 12.00 | 12.00 |
| F-Squared Capital, LLC | F-Squared Capital, LLC | 008741 | Closed | 7/23/2015 | RB2000 RBC Wealth Management Incorporated | INC | USD | 65.51 | 65.51 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008737 | Closed | 7/24/2015 | LA3000 LANDFALL Solutions LLC | INC | USD | 1,825.00 | 1,825.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008738 | Closed | 7/24/2015 | NA8000 Namtek Corp. | INC | USD | 1,600.00 | 1,600.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008772 | Closed | 7/24/2015 | AD2000 ADP, Inc. | INC | USD | 295.25 | 295.25 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008786 | Closed | 7/24/2015 | AD2000 ADP, Inc. | INC | USD | 186.95 | 186.95 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008742 | Closed | 7/28/2015 | CT1000 CT Corporation | INC | USD | 365.00 | 365.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008743 | Closed | 7/28/2015 | VE1000 Verizon Wireless - NJ - VF | INC | USD | 105.37 | 105.37 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008744 | Closed | 7/28/2015 | UN6000 Unum Life Insurance Company of America | INC | USD | 5,623.58 | 5,623.58 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008745 | Closed | 7/28/2015 | CO8600 Comcast - New Jersey | INC | USD | 588.13 | 588.13 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008746 | Closed | 7/28/2015 | CO8500 Comcast - Trunk - New Jersey | INC | USD | 263.09 | 263.09 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008747 | Closed | 7/28/2015 | VE7000 Verizon Wireless | INC | USD | 509.40 | 509.40 |
| F-Squared Investments, Inc | F-Squared Investment Management, LLC | 008750 | Closed | 7/28/2015 | MI2500 Miller Advertising Agency, Inc | INC | USD | 11,189.00 | 11,189.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008751 | Closed | 7/29/2015 | C02000 Comcast | INC | USD | 356.56 | 356.56 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008752 | Closed | 7/29/2015 | C02000 Comcast | INC | USD | 109.49 | 109.49 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008753 | Closed | 7/29/2015 | CO3000 Comcast Trunk | INC | USD | 4,337.80 | 4,337.80 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008748 | Closed | 7/30/2015 | BL2000 Blue Cross/Blue Shield of Mass | INC | USD | 93,888.43 | 93,888.43 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008749 | Closed | 7/30/2015 | NU1000 Nubis Novem | INC | USD | 3,000.00 | 3,000.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008769 | Closed | 7/30/2015 | CO3000 Comcast Trunk | INC | USD | 1,077.62 | 1,077.62 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008760 | Closed | 7/30/2015 | CO3000 Comcast Trunk | INC | USD | 189.35 | 189.35 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008761 | Closed | 7/30/2015 | UP1000 UPS | INC | USD | 37.50 | 37.50 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008762 | Closed | 7/30/2015 | KA6500 Kastle Systems of Philadelphia | INC | USD | 338.12 | 338.12 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008763 | Closed | 7/30/2015 | PA8000 Paul Koeniger | INC | USD | 50.72 | 50.72 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008764 | Closed | 7/30/2015 | W02500 William Thompson | INC | USD | 113.61 | 113.61 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008765 | Closed | 7/30/2015 | RI1100 Richard Bleck | INC | USD | 221.67 | 221.67 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008766 | Closed | 7/30/2015 | BR9900 Brian Fairhurst | INC | USD | 534.02 | 534.02 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008767 | Closed | 7/30/2015 | RE9500 Rebecca Burke | INC | USD | 285.72 | 285.72 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008768 | Closed | 7/30/2015 | MA9800 Mark Ramuno | INC | USD | 1,113.76 | 1,113.76 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008769 | Closed | 7/30/2015 | DA1100 Daniel O'Brien | INC | USD | 519.34 | 519.34 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008770 | Closed | 7/30/2015 | JG9400 John Greg Whitaker | INC | USD | 578.55 | 578.55 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008771 | Closed | 7/30/2015 | KA9000 Karen Walsh | INC | USD | 91.12 | 91.12 |
| F-Squared Investments, Inc | F-Squared Investment Management, LLC | 008773 | Closed | 7/30/2015 | NE9000 Newton Executive Park Limited Partnership | INC | USD | 39,201.11 | 39,201.11 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008774 | Closed | 7/30/2015 | DO7000 Optical Image Technology, Inc | INC | USD | 2,791.25 | 2,791.25 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008775 | Closed | 7/30/2015 | AL8000 Alaric Compliance Services, LLC | INC | USD | 30,000.00 | 30,000.00 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008776 | Closed | 7/30/2015 | AC9000 Accu-Clean Janitorial Service, Inc. | INC | USD | 62.13 | 62.13 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008777 | Closed | 7/30/2015 | KE2000 Kevin Orr | INC | USD | 329.40 | 329.40 |
| F-Squared Investments, Inc | F-Squared Investments, Inc | 008778 | Closed | 7/30/2015 | NY1000 NY-NJ | INC | USD | 348.35 | 348.35 |

F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES
Case No. 15-11469 LSS
MOR-1b
Reporting period: 7/8/15 - 7/31/15

Cash Disbursement Journal

| Payer | Debtor | Ref. Nbr. | Status | Date | Vendor/Vendor Name | Branch | Currency | Original Amt. | Base Amt. |
|---|---|---|---|---|---|---|---|---|---|
| F-squared Investments, Inc | F-squared Investments, Inc | 008779 | Closed | 7/30/2015 | SV1600 Svitlana Senenko | INC | USD | 117.95 | 117.95 |
| F-squared Investments, Inc | F-squared Investments, Inc | 008780 | Closed | 7/30/2015 | RO9500 Robert McDermott | INC | USD | 94.14 | 94.14 |
| F-squared Investments, Inc | F-squared Investments, Inc | 008781 | Closed | 7/30/2015 | TY9000 Tyson Pettit | INC | USD | 94.84 | 94.84 |
| F-squared Investments, Inc | F-squared Investments, Inc | 008782 | Closed | 7/30/2015 | FA5000 FactSet Research Systems, Inc. | INC | USD | 15,835.59 | 15,835.59 |
| F-squared Investments, Inc | F-squared Investments, Inc | 008783 | Closed | 7/30/2015 | CO2500 Concur Technologies, Inc. | INC | USD | 459.37 | 459.37 |
| F-squared Investments, Inc | F-squared Investments, Inc | 008784 | Closed | 7/30/2015 | MA6500 Mann Luu | INC | USD | 28.06 | 28.06 |
| F-squared Investments, Inc | F-squared Investments, Inc | 008785 | Closed | 7/30/2015 | PR2500 Princeton Office Center, LLC | INC | USD | 16,414.18 | 16,414.18 |
| F-squared Investments, Inc | F-squared Investment Management, LLC | 008769 | Closed | 7/30/2015 | BL1000 Bloomberg Finance LP | INC | USD | 30,110.45 | 30,110.45 |
| F-squared Investments, Inc | F-squared Investments, Inc | 042427 | Closed | 7/30/2015 | AD2000 ADP, Inc. | INC | USD | 680.59 | 680.59 |
| F-squared Investments, Inc | F-squared Investments, Inc | 042427 | Closed | 7/30/2015 | AD2000 ADP, Inc. | INC | USD | 109,005.49 | 109,005.49 |
| F-squared Investments, Inc | F-squared Investments, Inc | 042428 | Closed | 7/30/2015 | AD2000 ADP, Inc. | INC | USD | 207,672.46 | 207,672.46 |
| F-squared Investments, Inc | F-squared Investments, Inc | 042300 | Closed | 7/30/2015 | SE3500 Sentinel Benefits Group, LLC | INC | USD | 29,586.13 | 29,586.13 |

F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES
Case No. 15-11469 LSS
MOR - 2
Reporting period: 7/1/15 - 7/31/15
STATEMENT OF OPERATIONS

| | E-Squared Investment Management, LLC (Case No. 15-11469) | F-Squared Investments, Inc (Case No. 15-11470) | F-Squared Alternative Investments, LLC (Case No. 15-11473) | ASILS | F-Squared Institutional Advisors, LLC (Case No. 15-11475) | F-Squared Solutions, LLC (Case No. 15-11474) | F-Squared Retirement, LLC (Case No. 15-11471) | F-Squared Capital, LLC (Case No. 15-11476) | Active Index Solutions, LLC (Case No. 15-11476) | Alphasector LLS GP1, LLC (Case No. 15-11477) | ELIMINATIONS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | | | | | | | | 386,755 | | | | 711,790 |
| Cost of Revenue | | | | | | | 14,272 | 2,348 | | | | 2,348 |
| Gross Profit | $ - | $ 169,854 | $ - | $ - | $ 140,918 | $ (2,676) | $ 14,272 | $ 384,406 | $ - | $ - | $ - | $ 709,451 |
| **Operating Expense** | | | | | | | | | | | | |
| Employee Compensation | $ | $ 999,789 | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ 957,113 |
| Data Subs, Licenses, and Research | | 476 | | | | | | | | | | 476 |
| Conference/Event Expense | | 133,499 | | | | | | | | | | 133,499 |
| Marketing Expense | | 5,613 | | | | | | | | | | 5,613 |
| Rent & Office Expense | | 12,114 | | | | | | | | | | 12,114 |
| Legal Fees | | 202,022 | | | | | | | | | | 202,022 |
| Other Professional Fees | 23,219 | 12,799 | | | | | | | | | | 36,017 |
| Depreciation & Amortization | 2,258 | 88,284 | | | | | | | | | | 90,542 |
| Other Income | 146,939 | 61,084 | | | | | | | | | | 216,024 |
| | | 69,103 | | | | | | | | | | 111,708 |
| **Total Operating Expenses** | $ 175,016 | $ 1,544,784 | $ 25,081 | $ - | $ 140,918 | $ (2,676) | $ - | $ 17,525 | $ - | $ - | $ - | $ 1,759,729 |
| **Income (Loss) from Operations** | $ (175,016) | $ (1,374,930) | $ (25,081) | $ - | $ 140,918 | $ (2,676) | $ 14,272 | $ 366,881 | $ - | $ - | $ - | $ (1,050,279) |
| **Other Income/(Expense):** | | | | | | | | | | | | |
| Interest and Dividend Income | $ 2,836 | $ 92 | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ 2,927 |
| Interest and dividend expense | | | | | | | | | | | | |
| Gain/(Loss) on bargain purchase | | | | | | | | | | | | |
| Gain/(Loss) on prop acq and equipment | | | | | | | | | | | | |
| Insurance Recovery | | | | | | | | | | | | |
| SEC penalty and disgorgement | | | | | | | | | | | | |
| Gain/(Loss) on sale of investments | | | | | | | | | | | | |
| Gain/(Loss) on foreign currency transactions | | (1,640) | | | | | | | | | | (1,640) |
| Net Investment Income from hedge fund operations | | | | 127,578 | (19,836) | | | | | | | (19,836) 127,578 |
| **Total Other Income (Expense)** | $ 2,836 | $ (1,549) | $ - | $ 127,578 | $ (19,836) | $ - | $ - | $ - | $ - | $ - | $ - | $ 109,029 |
| **REORGANIZATION ITEMS** | | | | | | | | | | | | |
| Restructuring Costs | | | | | | | | | | | | |
| US Trustee Quarterly Fees | $ | $ 76,351 | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ 76,351 |
| **TOTAL REORGANIZATION EXPENSES** | $ - | $ 76,351 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 76,351 |
| Income/(Loss) from Continuing Operations before Income Taxes | $ (172,180) | $ (1,452,829) | $ (25,081) | $ 127,578 | $ 121,082 | $ (2,676) | $ 14,272 | $ 366,881 | $ - | $ - | $ - | $ (1,017,601) |
| Income Tax (benefit) | | | | | | | | | | | | |
| **Net Income** | $ (172,180) | $ (1,452,829) | $ (25,081) | $ 127,578 | $ 121,082 | $ (2,676) | $ 14,272 | $ 366,881 | $ - | $ - | $ - | $ (1,017,601) |
| Less: Net Income attributable to Noncontrolling Interest | $ - | $ - | $ - | $ (124,984) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (124,984) |
| **Net Income Attributable to F-Squared Investment Management** | $ (172,180) | $ (1,452,829) | $ (25,081) | $ 2,594 | $ 121,082 | $ (2,676) | $ 14,272 | $ 366,881 | $ - | $ - | $ - | $ (1,142,585) |
| Unrealized Holding Gains Attributable to F-Squared | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Post Accumulated Other Comprehensive | | | | | | | | | | | | |
| **Comprehensive Income Attributable to F-Squared Investment Managem** | $ (172,180) | $ (1,452,829) | $ (25,081) | $ 2,594 | $ 121,082 | $ (2,676) | $ 14,272 | $ 366,881 | $ - | $ - | $ - | $ (1,142,585) |

E-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES
Case No. 15-11469 LSS
MOR-3
Reporting period: 7/8/15 - 7/31/15
Balance Sheet

| Assets | E-Squared Investment Management, LLC (Case No. 15-11469) | E-Squared Investments, Inc (Case No. 15-11470) | E-Squared Alternative Investments, LLC (Case No. 15-11473) | ASLLS | E-Squared Institutional Advisers, LLC (Case No. 15-11475) | E-Squared Solutions, LLC (Case No. 15-11474) | E-Squared Retirement, LLC (Case No. 15-11471) | E-Squared Capital, LLC (Case No. 15-11476) | Active Index Solutions, LLC (Case No. 15-11478) | Alphasector LLS 621, LLC (Case No. 15-11477) | ELIMINATIONS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | | | |
| Cash and Cash Equivalents | $ 5,004,781 | $ 109,242 | $ — | $ 4,365,114 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ 10,002,881 |
| Accounts Receivable, net of Allowance | 119,497 | 399,537 | | | | | 18,433 | 433,715 | | | | 1,355,031 |
| Unbilled Accounts Receivable | | | | | | | | 633,601 | | | | 175,896 |
| Receivable for securities sold | | 68,504 | 0 | 8,949,133 | | | | 53,060 | | | | 8,949,133 |
| Related party notes receivable, current | | | | | | | | | | | | |
| Other receivables | 306,666 | 30,308 | | | 183,941 | | | | | | | 306,666 |
| Dividends Receivable | | 3,341,593 | | | 53,872 | | (228) | (56) | | | | 30,025 |
| Prepaid Expenses | 428,659 | 214,377 | | 753,278 | | | 8,800 | 6,018 | | | | 3,895,469 |
| Investments in Securities, at fair value | | 5,014,000 | | | | | | | | | | 907,654 |
| Deferred Income taxes - current | | | | | | | | | | | | 5,014,000 |
| Other Current Assets | | 1,149,830 | | | | | | 1,777 | | | | 149,856 |
| **Total Current Assets** | $ 5,859,602 | $ 10,648,231 | $ 0 | $ 14,067,525 | $ 237,813 | $ — | $ 27,007 | $ 1,126,161 | $ — | $ — | $ — | $ 31,516,340 |
| | | | | | | | | | | | | |
| **Property, Equipment, and Improvements** | | | | | | | | | | | | |
| Construction WIP | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — |
| Computer and Office Equipment | | 1,122,095 | | | | | | | | | | 1,122,095 |
| Furniture and Fixtures | | 999,121 | | | | | | | | | | 999,121 |
| Leasehold Improvements | | 3,144,030 | | | | | | | | | | 3,144,030 |
| **Total** | $ — | $ 5,265,245 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ 5,265,245 |
| | | | | | | | | | | | | |
| Accumulated Depreciation | $ — | $ (1,887,493) | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ (1,887,495) |
| **Net Property, Equipment, and Improvements** | $ — | $ 3,377,751 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ 3,377,751 |
| | | | | | | | | | | | | |
| **Other Assets** | | | | | | | | | | | | |
| Restricted Cash | $ — | $ 255,872 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ 255,872 |
| Deposits | | 92,788 | | | | | | | | | | 92,788 |
| Related party notes receivable | 1,624,194 | | | | | | | | | | | 1,624,194 |
| Financing fees, net | | 1,000.60 | | | | | | | | | | 1,000.60 |
| Intangible assets, net | 10,061,381 | | | | | | | | | | | 10,051,381 |
| Intangible Asset-Non Compete | | | | | | | | | | | | |
| Intercompany due from, net | | | 11,027,492 | | 66,709,208 | | | 503,133 | | | (78,239,832) | |
| **Total Other Assets** | $ 11,685,574 | $ 349,721 | $ 11,027,492 | $ — | $ 66,709,208 | $ — | $ — | $ 503,133 | $ — | $ — | $ (78,239,832) | $ 12,035,266 |
| | | | | | | | | | | | | |
| **Total Assets** | $ 17,545,176 | $ 14,345,203 | $ 11,027,492 | $ 14,067,525 | $ 66,947,021 | $ — | $ 27,007 | $ 1,629,294 | $ — | $ — | $ (78,239,832) | $ 47,148,585 |

F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES
Case No. 15-11469 LSS
MOR-3
Reporting period: 7/8/15 - 7/31/15
Balance Sheet

| Liabilities and Members' Equity | E-Squared Investment Management, LLC (15-11469) | F-Squared Investments, Inc (15-11470) | F-Squared Alternative Investments, LLC (15-11473) | ASILS | F-Squared Institutional Advisors, LLC (15-11475) | F-Squared Solutions, LLC (15-11474) | F-Squared Retirement, LLC (15-11471) | F-Squared Capital, LLC (15-11476) | Active Index Solutions, LLC (15-11478) | Alphasector LLS GPI, LLC (15-11477) | ELIMINATIONS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts Payable | $ - | $ 176,021 | $ - | $ - | $ - | $ - | $ - | $ 4,839 | $ - | $ - | $ - | $ 180,860 |
| Payable to Broker | - | - | - | - | - | - | - | - | - | - | - | - |
| Payable for investments purchased | - | - | - | 1,538,267 | - | - | - | - | - | - | - | 1,538,267 |
| Dividend payable | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Contributions in Advance + Redemptions Payable | - | - | - | 11,571,112 | - | - | - | - | - | - | - | 11,571,112 |
| Related Party Payable | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Expenses | 46,636 | 6,857 | - | - | - | - | - | 7,803 | - | - | - | 14,660 |
| Accrued Compensation and related taxes | - | 181,165 | - | - | - | - | - | - | - | - | - | 181,165 |
| Accrued Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingent Consideration | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans payable, current portion | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Distributions to Members | - | - | - | - | - | - | - | - | - | - | - | - |
| Securities Sold Short, at fair value | - | 5,236 | - | 56,197 | - | - | - | - | - | - | - | 61,433 |
| Deferred revenue | - | 158,454 | - | - | - | - | - | 110,331 | - | - | - | 268,785 |
| **Total Current Liabilities** | 46,636 | 527,733 | - | 13,165,574 | - | - | - | 122,974 | - | - | - | 13,816,282 |
| **Long Term Liabilities** | | | | | | | | | | | | |
| Loan payable, net of current portion | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Long-Term Liabilities** | - | - | - | - | - | - | - | - | - | - | - | - |
| **Current Liabilities - Subject to compromise (Pre-petition)** | | | | | | | | | | | | |
| Accounts Payable | - | 3,381,086 | - | - | - | - | - | 44,216 | - | - | - | 3,371,778 |
| Related Party Payable | - | 500,000 | - | - | - | - | - | - | - | - | - | 500,000 |
| Accrued Expenses | - | 39,385 | - | 2,495 | (0) | - | - | - | - | - | - | 45,102 |
| Accrued Compensation and related taxes | - | 1,913,274 | - | - | 1 | - | - | 0 | - | - | - | 1,913,274 |
| Accrued Professional Fees | - | 566,677 | - | 45,988 | - | - | - | 2,621 | - | - | - | 613,635 |
| Prepetition revenue | - | 38,269 | (0) | (0) | (0) | - | - | - | - | - | - | 38,269 |
| **Total Current Liabilities - Subject to compromise (Pre-petition)** | - | 6,438,269 | (0) | 48,484 | 1 | - | - | 46,837 | - | - | - | 6,481,058 |
| **Long Term Liabilities - Subject to compromise (Pre-petition)** | | | | | | | | | | | | |
| Member Deposits | 2,485,720 | - | - | - | - | - | - | - | - | - | - | 2,485,720 |
| Deferred Rent and Lease Incentives | - | 1,905,024 | - | - | - | - | - | - | - | - | - | 1,665,024 |
| Deferred Income Tax | 53,814,371 | 75,000 | - | 250,000 | 66,947,020 | 5,210,739 | 7,904,954 | 1,459,482 | - | - | - | 75,000 |
| Intercompany due from, net | - | 11,059,768 | 11,027,492 | - | (1,361) | (5,210,739) | - | - | - | - | (78,229,832) | (78,229,832) |
| **Total Long-Term Liabilities - Subject to compromise (Pre-petition)** | 56,300,092 | 13,039,792 | 11,027,492 | 250,000 | 66,947,020 | 5,210,739 | 7,904,954 | 1,459,482 | - | - | (78,229,832) | 4,526,744 |
| **Total Liabilities** | 56,346,518 | 10,966,815 | 11,027,492 | 13,464,020 | 66,947,020 | 5,210,739 | 7,904,954 | 169,811 | - | - | (78,229,832) | 24,823,084 |
| **Commitments and Contingencies** | - | - | - | - | - | - | - | - | - | - | - | - |
| **Members' Equity** | | | | | | | | | | | | |
| **F-Squared Investment Management, LLC Members' Equity** | | | | | | | | | | | | |
| Members' Equity | (38,801,341) | (5,618,790) | 11,027,492 | (1,361) | 66,947,020 | (5,210,739) | (7,877,946) | 1,459,482 | - | - | 21,523,815 | 21,523,815 |
| Accumulated Other Comprehensive Income | - | (2,320) | - | - | - | - | - | - | - | - | (7,320) | (7,320) |
| **Total F-Squared Investment Management, LLC Members' Equity** | (38,801,341) | (5,621,112) | 11,027,492 | (1,361) | 66,947,020 | (5,210,739) | (7,877,946) | 1,459,482 | - | - | 21,521,495 | 21,521,495 |
| **Noncontrolling Interest** | - | - | - | 604,867 | - | - | - | - | - | - | - | 604,867 |
| **Total Members' Equity** | (38,801,341) | (5,621,112) | 11,027,492 | 603,496 | 66,947,020 | (5,210,739) | (7,877,946) | 1,459,482 | - | - | 22,526,361 | 22,526,361 |
| **Total Liabilities and Members' Equity** | 17,545,176 | 14,345,703 | 11,027,492 | 14,067,525 | 66,932,021 | - | 27,007 | 1,629,294 | - | - | (78,229,832) | 47,349,385 |

F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES
Case No. 15-11469 LSS
MOR-4
Reporting period: 7/8/15 - 7/31/15

STATUS OF POSTPETITION TAXES
The beginning balance tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or deposit of federal payroll taxes. Attach photocopies of any tax return filed during the reporting period.

Case No. 15-11470

| Debtor | Federal | Beginning Tax Liability | Amount withheld or accrued | Amount Paid | Date Paid | Check No. or EFT | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|---|---|---|---|
| F-Squared Investments, Inc | Withholding | $0.00 | $91,952.66 | $20,528.28 | 7/14/2015 | ACH to ADP | $71,424.38 | 7/28/2015 | ACH to ADP | $0.00 |
| F-Squared Investments, Inc | FICA - Employee | $0.00 | $16,372.20 | $4,574.33 | 7/14/2015 | ACH to ADP | $11,797.87 | 7/28/2015 | ACH to ADP | $0.00 |
| F-Squared Investments, Inc | FICA - Employer | $0.00 | $18,841.51 | $4,236.37 | 7/14/2015 | ACH to ADP | $10,273.76 | 7/28/2015 | ACH to ADP | $4,331.38 |
| F-Squared Investments, Inc | Unemployment | $0.00 | $0.15 | | | ACH to ADP | $0.15 | 7/28/2015 | ACH to ADP | $0.00 |
| | Income | $0.00 | | | | | | | | $0.00 |
| | Other: | $0.00 | | | | | | | | $0.00 |
| | Total Federal Taxes | $0.00 | $127,166.52 | $29,338.98 | | | $93,496.16 | | | $4,331.38 |
| | State and Local | | | | | | | | | |
| F-Squared Investments, Inc | Withholding | $0.00 | $20,317.74 | $4,892.27 | 7/14/2015 | ACH to ADP | $15,425.47 | 7/28/2015 | ACH to ADP | $0.00 |
| | Sales | $0.00 | | | | | | | | $0.00 |
| | Excise | $0.00 | | | | | | | | $0.00 |
| F-Squared Investments, Inc | Unemployment/Disability Ins | $0.00 | $142.00 | $16.61 | 7/14/2015 | ACH to ADP | $83.86 | 7/28/2015 | ACH to ADP | $41.53 |
| | Real Property | $0.00 | | | | | | | | $0.00 |
| | Personal Property | $0.00 | | | | | | | | $0.00 |
| | Other: | $0.00 | | | | | | | | $0.00 |
| | Total State and Local | $0.00 | $20,459.74 | $4,908.88 | | | $15,509.33 | | | $41.53 |
| | Total Taxes | $0.00 | $147,626.26 | $34,247.86 | | | $109,005.49 | | | $4,372.91 |

NOTE: Taxes are remitted with each payroll to ADP. Tax deposits and returns are prepared and filed by ADP.


F-SQUARED
INVESTMENTS

To:  United States Trustee

Re:  Post-petition Tax Attestation for F-Squared Investment, LLC and Subsidiaries as of July 31, 2015
Case No: 15-11469 LSS

I hereby attest to the following:

1.   The Q2 2015 employment withholding taxes have been filed by ADP by the deadline date of July 31, 2015.
2.   The Company has remitted the July employment taxes to ADP on each payroll submittal date.


The undersigned hereby certifies as to the accuracy of the information contained in this attestation.

**F-Squared Investment Management, LLC and Subsidiaries**


**By:** /s/David N. Phelps

**Name:** David N. Phelps

**Title:** Chief Restructuring Officer

**F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES**
**DEBTORS-IN-POSSESSION**
**MOR-4**
**Consolidated Summary of Unpaid Postpetition Debts**
**July 31, 2015**

| Account Description | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 166,918.53 | 13,294.66 | - | - | - | 180,213.19 |
| Credit Card Payable | 647.11 | | | | | 647.11 |
| Payroll Tax payable | 4,372.90 | | | | | 4,372.90 |
| 401k Payable | 3,594.47 | | | | | 3,594.47 |
| Accrued Vacation | 24,652.36 | | | | | 24,652.36 |
| Accrued expenses | 6,857.17 | | | | | 6,857.17 |
| Accrued trade errors | 7,803.32 | · | | | | 7,803.32 |
| Prepaid Alphasector Model Fees | 247,560.09 | | | | | 247,560.09 |
| Prepaid Admin/Trading Fees | 21,225.35 | | | | | 21,225.35 |
| Accrued salaries | 148,545.17 | | | | | 148,545.17 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| **Total Postpetition Debts** | 632,176.47 | 13,294.66 | - | - | - | 645,471.13 |

Note:  All past due post-peition debts have been paid by the filing date of August 20, 2015

F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES
DEBTORS-IN-POSSESSION
MOR-5
Consolidated Listing of Aged Accounts Receivable
July 31, 2015

| AR Aged Period Sensitive (Summary) | | | | | |
|---|---|---|---|---|---|
| Company: F-Squared Investment Managment, LLC | | Fin. Period: 07-2015 | | Page: 1 of 1 | |
| User: ddarnell | | Aged On: 7/31/2015 | | Date: 8/19/2015 | |

| Statement Cycle ID | Description | | | | |
|---|---|---|---|---|---|
| AGING | Aging schedule for past due accounts | | | | |

| Customer | Current | 1 To 30 | 30 To 60 (Days Past Due) | 60 To 90 | Over 90 | Balance |
|---|---|---|---|---|---|---|
| AD4000 | 0.00 | 0.00 | 17,929.31 | 0.00 | 0.00 | 17,929.31 |
| AM5000 | 0.00 | 6,936.44 | 0.00 | 0.00 | 0.00 | 6,936.44 |
| AM7000 | 89,380.19 | 0.00 | 0.00 | 0.00 | 0.00 | 89,380.19 |
| BR1600 | 0.00 | 0.00 | 0.00 | 0.00 | 110,695.36 | 110,695.36 |
| CA1500 | 0.00 | 41,371.93 | 17,496.27 | 0.00 | 0.00 | 58,868.20 |
| DB1000 | 0.00 | 46.89 | 517.80 | 0.00 | 0.00 | 564.69 |
| EN2000 | 288.22 | 0.00 | 0.00 | 0.00 | 0.00 | 288.22 |
| FO5000 | 0.00 | 22,426.26 | 0.00 | 0.00 | 0.00 | 22,426.26 |
| FO6000 | 78,928.38 | -118,619.59 | 118,618.25 | 0.00 | 0.00 | 78,927.04 |
| GL1000 | 0.00 | 0.00 | 66,920.61 | 0.00 | 0.00 | 66,920.61 |
| HA1100 | 0.00 | 57,967.88 | 0.00 | 0.00 | 0.00 | 57,967.88 |
| HO3000 | 0.00 | 0.00 | 31,312.12 | 0.00 | 0.00 | 31,312.12 |
| LA7000 | 0.00 | 0.00 | 115,227.19 | 0.00 | 0.00 | 115,227.19 |
| MO1100 | 0.00 | 356.08 | 237.56 | 0.00 | 0.00 | 593.64 |
| PE4000 | 0.00 | 29,579.47 | 953.67 | -9,908.08 | 0.00 | 20,625.06 |
| PL3000 | 0.00 | 0.00 | 2,296.55 | 0.00 | 12,125.39 | 14,421.94 |
| QU4000 | 0.00 | 0.00 | 1,195.79 | 0.00 | 4,219.72 | 5,415.51 |
| RA6000 | 0.00 | 73,683.38 | 309.04 | -4,459.87 | 0.00 | 69,532.55 |
| RB1000 | 0.00 | 11,012.62 | 0.00 | 0.00 | 0.00 | 11,012.62 |
| RE1500 | 0.00 | 0.00 | 80,138.82 | 0.00 | 0.00 | 80,138.82 |
| RE4000 | 18,435.19 | 0.00 | 0.00 | 0.00 | 0.00 | 18,435.19 |
| RI8000 | 0.00 | 0.00 | 0.00 | 0.00 | 293,843.88 | 293,843.88 |
| RO1800 | 0.00 | 780.25 | 0.00 | 0.00 | 0.00 | 780.25 |
| SA8000 | 0.00 | 38.63 | 0.00 | 0.00 | 0.00 | 38.63 |
| SC1400 | 0.00 | 51,706.57 | 0.00 | 0.00 | 0.00 | 51,706.57 |
| SC8000 | 0.00 | 2,204.80 | 1,345.20 | 0.00 | 2,210.42 | 5,760.22 |
| ST2800 | 0.00 | 24,084.80 | 6,670.65 | 0.00 | 10,035.69 | 40,791.14 |
| WE2000 | 0.00 | 0.00 | 843.34 | 0.00 | 0.00 | 843.34 |
| WE2100 | 164,063.22 | 13,804.61 | 8,400.55 | 0.00 | 3,070.65 | 189,339.03 |
| WE2200 | 198,406.49 | 0.00 | 111,106.29 | 0.00 | 0.00 | 309,512.78 |
| WI1100 | 0.00 | 384.14 | 0.00 | 0.00 | 0.00 | 384.14 |
| Statement Cycle Total: | 549,501.69 | 217,764.96 | 581,519.01 | -14,367.95 | 436,201.11 | 1,770,618.82 |
| Company Total: | | | | | | 1,770,618.82 |

**F-SQUARED INVESTMENT MANAGEMENT, LLC AND SUBSIDIARIES**
Case No. 15-11469 LSS
MOR-5
Reporting period: 7/8/15 - 7/31/15

DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |