IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investment Management, LLC, *et al.*,[1] | ) | Case No. 15-11469 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 24, 2015 AT 10:00 A.M. (EST)[3]

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

I. **RESOLVED MATTERS:**

1. Debtors' Motion to Extend the Deadline by which the Debtors May Remove Civil Actions [Docket No. 298 - filed October 6, 2015]

    Objection/Response Deadline:   October 20, 2015 at 4:00 p.m. (EDT)

    Objections/Responses Received:   None

    Related Documents:

    i.  Certificate of No Objection Regarding Debtors' Motion to Extend the Deadline by which the Debtors May Remove Civil Actions [Docket No. 316 - filed October 22, 2015]

    ii. Order Extending the Deadline by which the Debtors May Remove Civil Actions [Docket No. 321 - filed October 26, 2015]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F-Squared Investment Management, LLC (9247), F-Squared Investments, Inc. (0788), F-Squared Retirement Solutions, LLC (9247), F-Squared Alternative Investments, LLC (9247), F-Squared Solutions, LLC (9247), F-Squared Institutional Advisors, LLC (9247), F-Squared Capital, LLC (5257), AlphaSector LLS GP 1, LLC (3342), and Active Index Solutions, LLC (0788). The Debtors' address is 945 Concord Street, Framingham, Massachusetts 01701.

[2] **Amended items appear in bold.**

[3] All pleadings referenced herein are available online at: www.bmcgroup.com/fsquared.

Status: On October 26, 2015, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

2. Debtors' Motion for Authorization to Reject Separation Agreement with Howard B. Present, *Nunc Pro Tunc* to October 23, 2015 [Docket No. 320 - filed October 23, 2015]

   Objection/Response Deadline:   November 6, 2015 at 4:00 p.m. (EST)

   Objections/Responses Received:   None

   Related Documents:

   i. Certificate of No Objection Regarding Debtors' Motion for Authorization to Reject Separation Agreement with Howard B. Present, *Nunc Pro Tunc* to October 23, 2015 [Docket No. 350 - filed November 10, 2015]

   ii. Order Authorizing the Debtors to Reject Separation Agreement with Howard B. Present, *Nunc Pro Tunc* to October 23, 2015 [Docket No. 358 - filed November 12, 2015]

   Status: On November 12, 2015, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**II.   UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:**

3. First and Final Fee Application of PL Advisors as Financial Advisor and Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 8, 2015 through September 8, 2015 [Docket No. 326 - filed October 28, 2015]

   Objection/Response Deadline:   November 17, 2015 at 4:00 p.m. (EST)

   Objections/Responses Received:   None

   Related Documents:

   i. Certificate of No Objection Regarding First and Final Fee Application of PL Advisors as Financial Advisor and Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 8, 2015 Through September 8, 2015 [Docket No. 377 - filed November 19, 2015]

   ii. **Order Granting First and Final Fee Application of PL Advisors as Financial Advisor and Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 8,**

>    **2015 Through September 8, 2015 [Docket No. 380 - filed November 20, 2015]**

> Status: **On November 20, 2015, the Court entered an order granting the relief requested.  Accordingly, a hearing regarding this matter is not required.**

4. Debtors' Motion to Extend the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 337 - filed November 2, 2015]

    Objection/Response Deadline:    November 17, 2015 at 4:00 p.m. (EST)

    Objections/Responses Received:    None

    Related Documents:

    i.  Bridge Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 341 - filed November 3, 2015]

    ii. Certificate of No Objection Regarding Debtors' Motion to Extend the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 375 - filed November 19, 2015]

    iii. **Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 381 - filed November 20, 2015]**

    Status: **On November 20, 2015, the Court entered an order granting the relief requested.  Accordingly, a hearing regarding this matter is not required.**

5. Debtors' Motion for an Order Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 338 - filed November 2, 2015]

    Objection/Response Deadline:    November 17, 2015 at 4:00 p.m. (EST)

    Objections/Responses Received:    None

    Related Documents:

    i.  Certificate of No Objection Regarding Debtors' Motion for an Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 376 - filed November 19, 2015]

3

    ii.    **Order Extending Debtors' Current Exclusive Periods Within Which to File a Chapter 11 Plan and to Solicit Acceptances Thereto [Docket No. 382 - filed November 20, 2015]**

    <u>Status</u>:  **On November 20, 2015, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.**

Date: November 20, 2015
      Wilmington, Delaware                   **RICHARDS, LAYTON & FINGER, P.A.**

                                      */s/ Brendan J. Schlauch*
                                      Russell C. Silberglied (No. 3462)
                                      Zachary I. Shapiro (No. 5103)
                                      Amanda R. Steele (No. 5530)
                                      Rachel L. Biblo (No. 6012)
                                      Brendan J. Schlauch (No. 6115)
                                      920 N. King Street
                                      Wilmington, Delaware 19801
                                      Telephone: 302-651-7700
                                      Facsimile: 302-651-7701
                                      Email: silberglied@rlf.com
                                              shapiro@rlf.com
                                              steele@rlf.com
                                              biblo@rlf.com
                                              schlauch@rlf.com

                                      Counsel for Debtors and Debtors in Possession