IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| F-SQUARED INVESTMENT MANAGEMENT, LLC, *et al*.,[1] | Case No. 15-11469 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: TBD**<br>**Obj. Deadline: July 5, 2018 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 20, 2018, Craig Jalbert, as trustee of the F2 Liquidating Trust, filed the *Motion of the Liquidating Trustee, Pursuant to Bankruptcy Rule 9019, for Entry of an Order Approving the Settlement Agreement between the Liquidating Trustee and the Present Defendants* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be made in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 North Market Street, 3rd Floor, Wilmington, DE 19801, so as to be received by that Court on or before **July 5, 2018 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on a date **TO BE DETERMINED** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F-Squared Investment Management, LLC (9247), F-Squared Investments, Inc. (0788), F-Squared Retirement Solutions, LLC (9247), F-Squared Alternative Investments, LLC (9247), F-Squared Solutions, LLC (9247), Squared Institutional Advisors, LLC (9247), F-Squared Capital, LLC (5257), AlphaSector LLS GP 1, LLC (3342), and Active Index Solutions, LLC (0788). The Debtors' address is Verdolino & Lowey, P.C., 124 Washington Street, Suite 101, Foxboro, Massachusetts 02035, Attn: Craig R. Jalbert.

{00023493. }

Market Street, 6th floor, courtroom #2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 20, 2018
       Wilmington, Delaware

                            **THE ROSNER LAW GROUP LLC**

                            */s/ Jason A. Gibson*
                            Frederick B. Rosner, Esq. (DE 3995)
                            Scott J. Leonhardt, Esq. (DE 4885)
                            Jason A. Gibson, Esq. (DE 6091)
                            824 N. Market Street, Suite 810
                            Wilmington, DE 19801
                            Telephone: (302) 777-1111
                            rosner@teamrosner.com
                            leonhardt@teamrosner.com
                            gibson@teamrosner.com

                                  -and-

                            **BROWN RUDNICK LLP**
                            William R. Baldiga, Esq.
                            Sunni P. Beville, Esq.
                            Sharon I. Dwoskin, Esq.
                            One Financial Center
                            Boston, MA 02111
                            Telephone: (617) 856-8200
                            wbaldiga@brownrudnick.com
                            sbeville@brownrudnick.com
                            sdwoskin@brownrudnick.com

                            *Counsel for the Liquidating Trust*