# **CERTIFICATE OF SERVICE**

I, D. Ryan Slaugh, hereby certify that I am not less than 18 years of age and that on this 5th day of July 2018, I caused a true and correct copy of the foregoing **Objection to Motion of the Liquidating Trustee, Pursuant to Bankruptcy Rule 9019, for Entry of an Order Approving the Settlement Agreement between the Liquidation Trustee and the Present Defendants** to be served upon the parties listed below in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

| *Via Hand Delivery* | *Via First Class Mail, Postage Pre-Paid* |
|---|---|
| THE ROSNER LAW GROUP LLC | BROWN RUDNICK LLP |
| Frederick B. Rosner, Esq. | William R. Baldiga, Esq. |
| Scott J. Leonhardt, Esq. | Sunni P. Beville, Esq. |
| Jason A. Gibson, Esq. | Sharon I. Dwoskin, Esq. |
| 824 N. Market Street, Suite 810 | One Financial Center |
| Wilmington, DE 19801 | Boston, MA 02111 |

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: rslaugh@potteranderson.com