**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F-SQUARED INVESTMENT MANAGEMENT, LLC, *et al.*[1] | Case No. 15-11469 (LSS) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 14, 2018 AT *10:00 A*.M. (ET)**[3]

**I.    RESOLVED MATTER**

1.   Liquidating Trust's Seventh Motion to Extend the Claim Objection Bar Date [D.I. 1158; filed 7/11/18]

　　Objection/Response Deadline:　　July 25, 2018 at 4:00 p.m. (ET)

　　Objections/Responses Received:　None

　　Related Documents:

　　i.　Certificate of No Objection Regarding Liquidating Trust's Seventh Motion to Extend the Claim Objection Bar Date [D.I. 1163; filed 7/27/18]

　　ii.　[Signed] Order Further Extending the Claim Objection Bar Date [D.I. 1164; entered 7/30/18]

　　Status: An order granting the Motion has been entered by the Court. Accordingly, no hearing is necessary.

**II.   CONTESTED MATTER GOING FORWARD:**

2.   Motion of the Liquidating Trustee, Pursuant to Bankruptcy Rule 9019, for Entry of an Order Approving the Settlement Agreement Between the Liquidating Trustee and the Present Defendants [D.I. 1144; filed 6/20/18]

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is F-Squared Investment Management, LLC (9247). The Debtor's address is Verdolino & Lowey, P.C., 124 Washington Street, Suite 101, Foxboro, Massachusetts 02035, Attn: Craig R. Jalbert.

[2] Amended items appear in *italics*.

[3] Any person who wishes to appear telephonically at the hearing must contact CourtCall, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

{00023870. }

Objection/Response Deadline:    July 5, 2018 at 4:00 p.m. (ET)
Objections/Responses Received:

A. Defendants' Objection to Proposed Settlement Between the Trustee and the Present Defendants [D.I. 1149; filed 6/29/18]

B. Reservation of Rights and Joinder of Alexander J. Nary, Carey Hoch, Flynn McDonnell, James Celico, Karl Desmond, Nathan Williams, Philip R. Murray, Robert Lynch, Sharon French, Steven Deroian, William Thompson, Barry Hines, Brendan Mccarthy, Eileen Leary, Eric Frasier, Kathleen Weckler, Melanie Karlberg, Paul Gamble and Valerie Villegas-Hoag to Defendants' Objection to Proposed Settlement Between the Trustee and the Present Defendants [D.I. 1153; filed 7/5/18]

C. Joinder in Defendants' Objection to Proposed Settlement Between the Trustee and the Present Defendants [D.I. 1154; filed 7/5/18]

D. Objection to Motion of the Liquidating Trustee, Pursuant to Bankruptcy Rule 9019, for Entry of an Order Approving the Settlement Agreement Between the Liquidation Trustee and the Present Defendants [D.I. 1155; filed 7/5/18]

E. Joinder in Defendants' Objections to Proposed Settlement Between the Trustee and the Present Defendants [D.I. 1156; filed 7/5/18]

Related Documents:

i. Proposed Order [D.I. 1144-1; filed 6/20/18]

ii. Trustee's Reply to Objections to Motion to Approve Settlement Agreement Between the Trustee and the Present Defendants [D.I. 1168; filed 8/9/18]

iii. Revised Proposed Order [D.I. 1168-1; filed 8/9/18]

Status: This matter is going forward.

[*Remainder of page intentionally left blank*]

Date: August 10, 2018
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (DE 3885)
Scott J. Leonhardt (DE 4995)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
          leonhardt@teamrosner.com
          gibson@teamrosner.com

-and-

**BROWN RUDNICK LLP**
William R. Baldiga (admitted *pro hac vice*)
Sunni P. Beville (admitted *pro hac vice*)
Sharon I. Dwoskin (admitted *pro hac vice*)
One Financial Center, 18th Floor
Boston, MA 02111
Telephone: (617) 856-8200
Email: wbaldiga @brownrudnick.com
          sbeville@brownrudnick.com
          sdwoskin@brownrudnick.com

*Counsel to the F2 Liquidating Trust*